Exhibit F

# *Tanya Rutherford Owen, Ph.D.*
## *Rehabilitation Services*

*Correspondence to:*
1706 E Joyce Suite 2
Fayetteville, AR 72703
owenvoc@gmail.com                     Statewide:  800-281-5315                     *fax* (501) 421-6043

August 14, 2020

Ms. Ellisse S. Thompson
Attorney at Law
151 S. Old Woodward
Birmingham, MI 48009

    *Re: Tommy Forrest*

Dear Ms. Thompson,

I have reached the following opinions in this case with regard to the projected medical needs of Tommy Forrest (DOB 8/10/1980).  My findings are based upon a review of records including medical records, billing records and deposition transcripts which are specifically outlined in this report, as well as consultation with Dr. Shawn Smith.

**BACKGROUND:**  Mr. Tommy Forrest, a 40-year-old male fell from a tree on September 22, 2016.  He was hospitalized at UAMS and then participated in approximately one week of rehabilitation at Baptist Health Rehabilitation Institute (BHRI).

At the time of his fall, he lived in Monticello, Arkansas with his wife Carol (married June 2014).  He had three children Evan who was 19 in 2019, Kenlee who was age 14 and Gunner who was 11 in 2019, all of whom lived with their mothers.  He had signed over his parental rights prior to the fall.  He worked as a logger.

**PRE-INJURY MEDICAL:**  Prior to the 2016 fall, he was diagnosed with Charcot Marie Tooth in his feet bilaterally.  Prior surgery includes a left femur fracture repair with titanium rod placement in 2000.  Based upon Mrs. Carol Forrest's deposition testimony, Mr. Forrest is right-handed, had a history of sinus infections, did not wear glasses and did not regularly see a physician.  Dr. Tim Simon was his physician.  He was a smoker. He sustained prior head injuries in a motor vehicle crash when he was 17 years old (per Carol Forrest deposition) and in a second motor vehicle crash in approximately 2017 (per Cody McKee deposition).

**CURRENT MEDICAL:** Mr. Forrest's treatment team includes:
1.  Dr. Rani Lindberg, physiatry



2. Dr. Day, neurosurgeon
3. Dr. Tim Simon, PCP

Mr. Forrest's medications include:
- Depakote 500 mg three times per day
- Buspar 15 mg three times per day
- Hydrochlorothiazide 25 mg daily
- Celexa 20 mg daily
- Amantadine 100 mg twice a day
- Flexeril 10 mg at night as needed
- Melatonin at night as needed
- Aleve/ Ibuprofen 800 mg for pain or headaches

**EDUCATIONAL BACKGROUND:**  Mr. Forrest is a 1998 graduate of Central High School in Monticello, Arkansas.   Records reveal that he has no military background.

**VOCATIONAL BACKGROUND:**  Based upon the 2019 testimony of Mrs. Carol Forrest and 8/9/2019 responses to interrogatories, Mr. Forrest's vocational history is as follows:

| EMPLOYER | JOB TITLE | EARNINGS | EMPLOYMENT DATES |
|---|---|---|---|
| DH Forrest | Logger | $35,000 | 2009-2013 |
| City of Monticello | Fireman (second job) | $24,368 | 2010-2013 |
| Joe Frost | Logger | $25,000 | 2013-2014 |
| Paschal | Pipeline laborer (hvy equipment) | $80,000 | 2015 |
| Day & Zimmerman | Boilermaker | $60,000 | 2015-2016 |
| Reid Lands | Logger/ heavy equipment | $23,000 | 2015-2016 |

Mr. Forrest has a valid driver's license and had a DUI in 2013.

**Opinions:**  I have been asked to review and comment upon the vocational report dated June 12, 2020 authored by Joyce Criaque Beckwith (hereafter Beckwith).  My opinions following my review are below.

In her six-page analysis of Mr. Forrest, Beckwith concludes:
1. *"Unfortunately, the patient currently meets the federal and state criteria for full, complete and continuing occupational removal and requires 24/7 supervision"*
2. *"Patient is totally and permanently removed from the world of work as a result of injury."*
3. *"Patient has not worked since the injury and is not eligible for any other work"*
4. *"Mr. Forrest is not work able"*

2

First, the work history outlined by Beckwith on page one of her report does not appear consistent with the work history reported in legal documents including interrogatories and the sworn testimony of Mrs. Carol Forrest.  Beckwith notes in her report that Mr. Forrest has not worked since his fall, which is contradicted by the sworn testimony of his daughter Kenlee and his ex-wife Courtney.  His current wife, Mrs. Carol Forrest, notes that, "*He's been to the woods with the guys*".  Beckwith's assertion that he has not worked is also in contradiction to medical records in 2017 noting that he is operating equipment for work and medical records in 2018 that note that Mr. Forrest was working "odd jobs".  An accurate vocational history and the status of an evaluee's post-injury employment are fundamental to preparing an objective vocational analysis.

Second, while Beckwith notes that she collaborated with Mr. Forrest's treating providers, there is no statement in her report of the medical opinions she relied upon when developing her vocational opinions.  Rather, it appears that Beckwith simply restated the limitations reported to her by Mrs. Carol Forrest during her interview with the couple.  Beckwith appears to rely upon Mrs. Forrest's report about her husband's limitations when stating that Mr. Forrest is "not work able."  This approach is in direct contradiction to the rehabilitation literature which states that vocational counselors do not themselves assume or assign work-related restrictions but rely upon medical providers to do so.  Provder (1993) notes that a vocational expert cannot give opinions based upon their interpretation of the medical records but may request that the individual's healthcare provider/ physician provide a residual functional capacity and opinions about the permanency of the injury.  Rubin & Roessler (2008) note that a medical examination can clarify the *(a) functional implications of the impairment, (b) potential for possible recovery and services needed to achieve that goal, and (c) existing vocational capacities and limitations of the person*.  They note that a rehabilitation counselor should refer the client to an appropriate physician for a medical evaluation, defining an appropriate physician as one who had "*treated the individual in the past or who is very knowledgeable in regard to the existing disabilities."*  Robinson & Drew (2014) note, "*A vocational expert still needs to rely on appropriate medical and functional information to determine vocational potential*" (87-131).  Therefore, it is incumbent upon the vocational rehabilitation professional, when providing opinions, to rely upon a qualified medical professional to determine an individual's disability and resulting impairments, rather than relying on self-reported complaints, as Beckwith appears to have done.   On page 3 of her report, she lists "Restrictions or Daily Limitations" that pertain to Mr. Forrest. Beckwith then determines that Mr. Forrest is disabled based upon these subjective reports of limitations provided by Mrs. Forrest.  In doing so, Beckwith assumes the role of a healthcare provider, rather than working within the proper role of vocational rehabilitation consultant.  The proper method by which to assess someone's post-injury vocational profile is to review medical records, and if no work-related capacities have been issued, conduct conferences with healthcare providers to inquire about these capacities.

Beckwith also did not proceed with any of the below steps, which are typically found in a vocational evaluation including:
- Transferable skills analysis
- Labor Market Survey
- Vocational Assessment
- Rehabilitation Option(s)

A transferable skills analysis and labor market survey could have been performed, to determine the availability of potential return to work options for Mr. Forrest in his area of residence.

Vocational testing/ assessment could have been conducted with Mr. Forrest to determine his interest in and ability to perform alternate work and/or retrain for new work. In fact, Beckwith notes her desire for testing materials, stating "*Based on patient's symptoms, neuropsychological testing to assist with long term outcome planning is recommended. If completed a copy of report will be appreciated when available.*" However, she did not undertake any testing available to her within her scope of practice as a vocational rehabilitation counselor.

Finally, Beckwith did not provide information about rehabilitation options available to Mr. Forrest. This, again, is a deviation from standard rehabilitation methodology as it does not provide professional recommendations about goods and/or services (e.g., assistive devices or state-federal rehabilitation services) which may assist an individual with a disability in obtaining and maintaining competitive employment. Mr. Forrest has available to him local, free of charge vocational rehabilitation services through Arkansas Rehabilitation Services. The office closest to him is located at 989 US 425 Monticello, Arkansas (870-367-9669). This resource was never provided by Beckwith.

Based upon a review of the 2017 Commission on Rehabilitation Counselor Certification *Code of Professional Ethics for Rehabilitation Counselors*, rehabilitation counselors when serving in a forensic setting "*use knowledge, consistent with accepted clinical and scientific standards, and accepted data collection methods and procedures for evaluation, treatment, consultation or scholarly/ empirical investigations*" (p. 17). The International Association of Rehabilitation Professionals Standards of Practice and Competencies note that rehabilitation professionals are obligated to engage in the *objective use of available resources and reference data in supporting an opinion and ensure that the resources used or accessed in supporting an opinion are credible and valid* (IARP, 2007). In my opinion, Beckwith committed the following errors in her work:
1. Her vocational history is not consistent with vocational history provided elsewhere including consideration of reports of work by Mr. Forrest in 2017, 2018 and 2020
2. She did not conduct vocational testing with Mr. Forrest within her scope of practice, although she recommended testing
3. She did not evaluate Mr. Forrest's transferable skills
4. She relied upon Mrs. Forrest's report of her husband's limitations to be the foundation for her vocational opinion
5. She did not provide resources for rehabilitation, even though Mrs. Forrest stated that Mr. Forrest wants to work

In order to determine Mr. Forrest's vocational potential, a review of medical and legal records was undertaken and a telephone consultation was held on August 12, 2020 with Dr. Shawn Smith. Based upon Dr. Smith's assessment, Mr. Forrest appears to have no residual physical limitations as a result of his fall. Therefore, it is expected that Mr. Forrest will be able to perform work at any exertional level. However, given his brain injury residuals, it is recommended that he participate in a graduated return to work, i.e., begin part-time and increase to full time. It is also recommended Mr. Forrest participate in work that is routine and repetitive in nature and through which he can receive concrete supervision. Work such as industrial

4

cleaner, groundskeeper and/ or lumber stacker were discussed with Dr. Smith as examples of the type of work that Mr. Forrest should have the capacities to perform based upon his current vocational capacities.

Based upon this medical opinion, labor market research was undertaken to determine the wages available for these types of occupations in Mr. Forrest's area of residence. Based upon a review of May 2019 Arkansas OES data, the wages for these sample occupations are as follows:

| Occupation | Strength / SVP | Median Hourly Wage in South Arkansas MSA | Mean Annual Wage in South Arkansas MSA | Number in South Arkansas MSA |
|---|---|---|---|---|
| Industrial Cleaner 37-2011 | Medium/ 2 | $9.72 | $22,010 | 1,340 |
| Lumber Stacker 53-7062 | Heavy / 2 | $12.38 | $26,670 | 2,340 |
| Groundskeeper 37-3011 | Medium/ 2 | $10.61 | $23,040 | 420 |

Additionally, on August 14, 2020, a labor market survey was conducted in Mr. Forrest's area to determine the availability of these types of occupations in Mr. Forrest's area of residence.

1. Cleaner. Warren, AR. $9.00+ an hour. ABM Industries. The Cleaner provides the cleaning and upkeep of an assigned area. The assigned area could be an aircraft, building, hospital or other facility. Cleaner must be flexible and willing to complete all tasks that are assigned. Duties may include cleaning and maintaining carpets and hard surface floors by vacuuming, sweeping and mopping floors. Dusting furniture, pictures, ventilation, lights and blinds, emptying wastebaskets, cleaning windows, restrooms and other normal cleaning and maintenance duties. Must be flexible in other duties as assigned by supervisor.
2. Custodial Services Worker. Monticello, AR. $10.00 an hour starting. Aramark. The Custodial Services Worker cleans and maintains assigned area(s) to meet customer and client satisfaction Essential functions and responsibilities of the position may vary by Aramark location based on client requirements and business needs. Previous custodial experience preferred. Frequent lifting, carrying, pushing, or pulling greater than 50 lbs. Must be able to follow basic safety procedures and precautions due to physical risks and exposure to hazardous chemicals.
3. Housekeeper. Pine Bluff, AR. $11.00 - $13.00 per hour. Days Inn. This job requires you to be able to clean rooms in an efficient manner. This includes: wiping down countertops, cleaning bathroom, vacuuming, and taking out waste. Open to applicants who do not have a high school diploma/GED. A good job for someone just entering the workforce or returning to the workforce with limited experience and education.
4. 2nd Shift Stacker. Monticello, AR. $10.50 an hour. ESA. Monticello Area - 2nd Shift Lumber / Flooring Stackers. Can you work the second shift? Can you lift 3-5 lbs? Call 870-367-2727 for more information, or to show your interest in this job today.

5

Based upon the above information, in my opinion, Mr. Forrest's current earnings capacity is estimated at approximately $10.50 per hour based upon a review of Arkansas OES data, consultation with Dr. Shawn Smith, an extensive review of records and a labor market survey conducted in his geographic area of residence in August 2020.

**Opinions**:

I have been asked to review and comment upon the "Life Care Plan" authored by Joyce Beckwith, MS, LRC, CRC, LCPC (hereafter Beckwith) on June 12, 2020.  My opinions following my review are below.

1.  **Evaluations:**  The Beckwith report allocates a psychiatric evaluation yearly through age 77 at a cost of $232.19/year, although Mr. Forrest is not and has not been followed by a psychiatrist.  Beckwith uses one data point for this item, which she cites as the *Practice Management Information Corporation Medical Fees 2020*.  A review of PMIC data, however, does not reveal a data point for psychiatric office visits at the rate of $232.19.  Additionally, it is noted in life care planning literature that more than one data point is to be used whenever feasible, as it is known in statistical literature that reliance upon only one data point may skew results.  The reason that reliance upon only one data point has not been adopted as standard life care planning methodology is that it can misstate the cost of the item and mislead the trier of fact who may have no independent knowledge of the items included in the life care plan.

    The 2017 Life Care Planning Summit issued a consensus statement noting "*Best practices for identifying costs in life care plans include: …costs identified are geographically specific when appropriate and available; non-discounted/ market rate prices; more than one cost estimate, when appropriate*" (Albee, Gamez & Johnson, 2017). A report published by the American Academy of Physical Medicine and Rehabilitation (2014) indicates that costing "*requires conducting vendor surveys to obtain cost data for future care recommendations and using such data to perform cost calculations that result in quantitative conclusion. Accepted methodologies require sample data from sources that are geographically proximate to the subject's primary residence or location of probable care*." Similarly, The American Academy of Physician Life Care Planners' Standards of Practice (2014) note that when costing "*physician life care planners describe the methodology used to perform all calculations, so as to make their cost analysis independently replicable/disprovable*" and "*whenever possible/practicable cite and or references all data sources, from which they obtained cost data*" (p. 4).  A 2014 Physician Life Care Planning white paper states "*a well formulated cost analysis is characterized by logical categorization, and abundant detail and transparency.*" Which is to say, "*cost analyses of evidentiary quality exhibit all variables used to formulate costs, and they specify, in detail, the quantitative methods used to calculate costs, so as to make their results replicable by an independent tester.*" Further, "*a properly completed vendor survey contains multiple price samples, and specifies unit prices, contact information for all vendors which unit prices were obtained, medical coding (is referencing UCR pricing), etc.*"

In the Beckwith report, she has used only one data point for each item. This methodology has overstated the cost of psychiatric visits when local costing research was performed. In this instance, independent costing research conducted in August 2020 revealed that for psychiatric visits prices from three vendors were $150, $85-$150 and $145-$225.

2. **Facility Care:** In this area, Beckwith allocates $1500 per day every day through age 77 for Mr. Forrest to be housed at the NeuroRestorative Center. Again, she relies upon one vendor and one data point for costing. She notes that the cost of NeuroRestorative Center is $1500 per day. However, contact with NeuroRestorative Benton indicates that their price for supported living is $500 per day with the $1,500 price being if the individuals needs physical, occupational, and/ or speech therapy services. This price point of $500 per day is consistent with other vendors located including ResCare Premier in Texas who quoted a price of $375-$400 per day if the person is mostly independent, $525-$635 per day if the person needs 5-10 hours of support and $664-$900 per day if the person needs 24/7 support. Jim Thorpe in Oklahoma cited a price of $500-$1500 per day with the $1,500 per day being an inpatient stay rate. Therefore, the costs located when contacting three vendors ranged from $500 per day to $1,500 per day, rather than only the $1,500 data point that Beckwith quotes.

   It is also noted that on page ten of Dr. Savant's list of items to be included in the life care plan tables, two options "*should be included in life care plan*", both Option 1 (home option) and Option 2 (facility care). She notes that both Dr. Simon and Dr. Savant recommended this. In her supplemental 1/16/2020 report, she again notes on page 1 that two options should be included following her consultation with Dr. Lindberg. However, the tables developed by Beckwith only provide a facility care option. Beckwith, it appears, did not develop one of the two options recommended for Mr. Forrest, so that will be developed here. Based upon costing research conducted in July 2020, the cost for live-in (24/7) CNA care in Mr. Forrest's area of residence is estimated at $13-$18 per hour (or $312-$432 per day). Based upon the Savant report (p.10 original report and p. 1 January 2020 update), Mr. Forrest would expect an annual 90-day rehabilitation stay, so he would be at home 275 days per year, making the Option 1 option that was not developed by Beckwith total $85,800-$118,000 per year. Assuming a 38.7-year life expectancy, the lifetime cost for this option is estimated at $3,346,200-$4,602,000, well below the $20,655,000 Beckwith includes in her tables.

3. **Medications**: Here, the Beckwith plan again uses one data point (Good Rx) but references three data points that she looked at through Good Rx, as if she understands that using three datapoints is the accepted costing methodology. She provides a monthly cost for medications of $567.20 per month based upon 60 Amantadine 100 mg; 120 buspirone 15 mg; 60 clonazepam .5 mg and 90 divalproex ER 500 mg.

| Medication | *Beckwith Cost* | Vendor 1 | Vendor 2 | Vendor 3 |
|---|---|---|---|---|
| Divalproex ER 500 mg (120 count) | *$375* | Walgreens $78.39 | Walmart $28.36 | Kroger $20.31 |

| Amantadine 100 mg (60 count) | *$51.87* | Walgreens $49.94 | CVS $37.64 | Kroger $34.93 |
|---|---|---|---|---|
| Buspirone 15 mg (120 count) | *$102.33* | Walgreens $67.99 | CVS $57.85 | Kroger $18.50 |
| Clonazepam .5 mg (60 count) | *$38* | Walgreens $26.24 | CVS $14.63 | Kroger $38.25 |

Again, based upon a review of life care planning literature, the *Standards of Practice for Life Care Planners* (2015, p.9), the life care planner, *"researches appropriate options and charges for recommendations, using sources that are reasonably available to the evaluee."* The vendors outlined about as Vendor 1, 2, 3 are resources reasonably available to Mr. Forrest, as they are located in Monticello, Arkansas and surrounding communities.

Again, it is demonstrated how reliance upon one data point in a life care plan can skew the costs included in the plan, in this case, much higher than what was found when local research was conducted. Using geographically-specific, currently-available costs, the monthly cost for these same medications would be expected to be $88.37 per month to $234.57 per month, well below the $567.20 per month Beckwith estimates in her plan. The yearly cost, therefore, would be $1,060.44-$2,814.84. Assuming a 38.7-year life expectancy, the lifetime cost for medications is estimated at $41,357.16-$109,778.76, well below the $260,344.80 Beckwith outlines in her report.

4. **Plan Administration:** Beckwith outlines $66,300 in lifetime costs for a case manager, the source of which is her own company, Conservant Healthcare. *The Standards of Practice for Life Care Planners* (2015, p. 11), caution against dual relationships, noting that a life care planner may serve multiple roles as long as *"the simultaneous roles are not used for the purpose of providing benefit to the professional (e.g., recommending continued use of the professional without justification)."* In this report, Beckwith allocates $66,300 in lifetime costs for quarterly case management visits. However, if Mr. Forrest is in a facility, he will receive case management services through the facility with the cost built into the cost of the facility care, and if he is at home and receiving live-in CNA care, he will receive skilled nursing visits (typically every 90 days) with the cost built into the cost of CNA care. Therefore, this appears to be an item that duplicates the costs of items already contained in the plan and furthermore may financially benefit Conservant Healthcare, Beckwith's employer.

Also, in this area there is a one-time cost for guardianship fees, with the source again noted as Conservant Healthcare. Local contacts with Guardian Trust, Midwest Special Needs and Edward Jones revealed enrollment fees of $750-$1,200 with additional fees dependent upon the value of the trust being managed. Therefore, it is unknown how the $7,500 cost was derived by Beckwith.

**Methodology**

Based upon a review of medical records and the testimony of Mr. Forrest's family members, he appears to have sustained a prior head injury, according to Mrs. Forrest that resulted in him being in a coma for 17 days. Additional information is required to determine if any of the items in the

life care plan would have been necessary as a result of this prior head injury as the life care plan should only include items that are deemed necessary as a result of the event in question.

## BASIS AND REASONS FOR OPINIONS

The basis and reason supporting my opinions include my education, training and experience in the field of rehabilitation and life care planning.   My compensation for my work is $275 per hour.

## DATA OR OTHER INFORMATION CONSIDERED IN
## FORMING MY OPINIONS

In forming my opinions, I have also reviewed the documents below.  I reserve the right to modify my opinions based upon receipt of additional data.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Tanya Rutherford Owen, Ph.D., CRC, CLCP, LPC, CDMS
*Certified Life Care Planner*
*Certified Rehabilitation Counselor*
*Life Care Planning Fellow*

9

**The following medical records were reviewed:**

4/30/2020    Nicholas Willis, MD
He still smokes some and has chronic shortness of breath. He was recently hospitalized with
shortness of breath and ruled out for Covid.  Independent with ambulation, climbing stairs,
bathing, dressing. Decreased visual acuity.  Continue HCTZ 25 mg family. Can repeat holter.
Check stress test, echo. Smoking- advised cessation. RTC 1 month.

4/28/2020    Timothy M. Simon, M.D.
Pt needs to have influenza immunization and tobacco use/cessation per Medicare. SOB, hurting
in the back area, headache. Very confused today. Current Medications: Fish Oil-Vit D3,
Melatonin 3mg, Flexeril 10mg BID, Wellbutrin XL 150mg, Buspirone 15mg three time a day,
Gabapentin 100mg 3 times a day, Amantadine HCL 100mg twice a day, Pantoprazole Sodium
40mg, Divalproex Sodium 500mg twice a day, Cyclobenzaprine HCL 10mg three times a day,
Clonazepam 0.5mg 2 tablets once at bedtime.
Assessment: Postconcussional syndrome. Hereditary motor and sensory neuropathy, Generalized
anxiety disorder, Body mass index.
Wife wants to go on FMLA x2 weeks. Has follow up with Dr. Willis. Follow up 3 weeks.

4/11/2020    Anthony Rodriguez, MLP-NP
Acute upper respiratory infection

4/10/2020    Timothy M. Simon, M.D.
Acute upper respiratory infection

2/10/2020    Tommy Ashley, PT
Discharge from therapy services. Non-compliant

12/19/2019    Tommy Ashley, PT
Physical Therapy Evaluation. PT 3x/week x 4 weeks

11/27/2019    Timothy M. Simon, M.D.
Referral Form. Speech Therapy. Evaluate and Treat.

11/27/2019    Timothy M. Simon, M.D.
Speech is worse, photophobia, phonophobia. Arrange St/Pt. Lab: Valproic Acid.
Assessments:  Post-concussional syndrome; essential hypertension; actinic keratosis

4/10/2019    Rani H Lindberg, MD Mir N All, DO
Referred to UAMS PM&R clinic for continued rehabilitation needs s/p severe TBI in 9/2016 in
accident where he fell from a deer stand. Buspar was increased to 15 mg daily QID to help with
agitation/combativeness. Essentially little to no residual physical deficits but continues to have
some post TBI agitation and STM loss. Discussed possibly follow-up with interventional pain
specialist for ongoing mid-back pain. Continue current medication regiment. RTC 1 year follow
up.

3/6/2019      Timothy M. Simon, M.D.      Office Visit $110, destroy lesion $130
A lot of pain to the shoulder blade on the back, worse when cold or rainy. A lot of spots on his
sides that are on his ribs, thinks its calcium deposits. Here for follow up / hx of bradycardia
Post-concussional syndrome. Dr. Willis RE Bradycardia. Cryotherapy actinic keratosis.

10/3/2018      Rani H Lindberg, MD
Essentially little to no residual physical deficits but continues to have some post TBI agitation
and STM loss. Increase Buspar to 15 mg four times daily. Continue Depakote per PCP. RTC 6
months.

8/29/2018      Timothy M. Simon, M.D.      Office Visit $110
38-year-old male with Severe Closed Head Injury. + Agitation + Nervous. Smokes/Dips/
Drinking coffee. 1. Increase Depakote 500 mg bid 2. Has follow up with UAMS neurology
9/22/18. 3. I refilled all meds x 6 months. Lab: Valproic Acid (Depakote) Lab: CMP

5/2/2018      Rani H Lindberg, MD
Continues to do fairly well but still has difficulties with short-term memory loss as well as
predisposition for agitation. Tends to get frustrated when he forgets things like
directions/destination when driving. Is not currently enrolled in any formal therapies. Is working
odd jobs with a friend for employment. Increase Buspar to 5 mg TID as adjunct to PCPs current
Depakote dosing. Discussed at length the importance of daily reminders, list, GOS use while
driving to assist in mitigating STM loss and subsequent agitation. Discussed at length that any
etoh use is discouraged post TBI as it can have deleterious effects. F/u 6 months.

2/28/2018      Timothy M. Simon, M.D.      Office Visit $110
Poor short-term memory. HX of chi. Gets mad easily. Assessments 1. Post-concussional
syndrome. 2. Essential (primary) hypertension. Follow up 6 months.

10/26/2017      Antonio T Howard, MD
He was admitted to the HR I have for about 7 days before his wife discharged him to the care of
another rehab facility closer to home. He was there for about 3 days before being discharged
home. He completed outpatient PT/OT/ Speech therapy. He has had at least 1 known previous
head injury. Car wreck as teenager with right femur fracture. During that injury he also had
some head trauma. It is not exactly clear if there were deficits following this head injury.
However, his wife notes today that he may have had some issues with forgetting things prior to
this most recent injury. For example, he would drive past his planned target. Previously worked
driving for lifts and heavy-duty vehicles. Currently does this during the daytime with a friend.
He is independent with dressing and personal hygiene. He is independent with ambulation. Per
his wife he requires supervision for safety due to issues with his memory. However, he is able to
drive and operate machinery and perform tasks that he is familiar with. He requires help with
medication management and money management. He often will not remember what he has spent
money on. He uses voice notes and written notes to help him remember certain tasks. He has a
pill box for medication management. However, his wife still supervises this.
He had some issue with headaches, but these resolved after he had cataract removal surgery.
Significant impairments in his immediate and short-term recall. Bilateral pes cavus deformity
consistent with a diagnosis of Charcot-Marie-Tooth muscular atrophy. Assessment: Impaired

cognition, post-traumatic brain syndrome. Discontinue gabapentin, titrate off Flexeril. He is also to discuss with his PCP the ongoing need for potassium supplementation. As there appear to be no arousal or mood issues currently we will make no further changes to his medications. There is also no current indication for therapy. His cognitive issues and balance issues are most likely related to his brain injury and are less likely to be related post concussive syndrome. Follow-up in 6 months with Dr. Lindberg, for: ongoing recommendations re: medication management, ongoing assessment for possible complications of TBI e.g. pituitary dysfunction.

10/26/2017    Antonio T Howard, MD        Rani H Lindberg, MD
Dear Lindberg, MD: I am referring my patient, Tommy Forrest, to you for continued rehab care after traumatic brain injury.

10/9/2017      Marcus L. Stephens, MD
1-year s/p TBI with IVH after falling from a deer stand. Patient required EVD while in the hospital and has since made an excellent recovery. He is currently functioning very independently, however, has not returned to work. His main complaint is his short-term memory, which is, per his wife, very poor. His headaches are treated in the neurology clinic and are currently well controlled. He has no additional complaints today. CT and MRI of his brain were reviewed today showing stable frontal encephalomalacia with a mild degree of frontal atrophy as well. No blood products remain. Ventricles are stable in size when compared with CT from 1 year ago. Patient still having debilitating short term memory deficits. No further neurosurgical intervention is required patient may return to clinic prn. Will refer to PMR for more post-concussive therapy.

8/31/2017      Timothy M. Simon, M.D.       Office Visit $110
1. Neurologist took him off amantadine and put him on nortriptyline and flexeril and he became violent. 2. Still has h/a everyday. 4. Angry all the time and talks about killing people, very abusive and combative to wife, choking and hitting her. Postconcussional syndrome 1. Continue Gabapentin 100 MG TID, 2. Needs Mood Stabilizer, 3. Depakote 250 MG 1PO QAM and 2PO QPM, 4. Wife wants him back on Amantadine- ok with me. Follow up 3 weeks.

8/23/2017      Sarkis M Nazarian, MD
He eventually recovered, though he has frontal contusions and some vision loss related to the trauma. Of interest, he did not c/o headache at any point until sudden onset of headache - 45 days ago. At which also led to L leg being pinned after a fracture. Pt had EEGs done (I cannot find the reports). But was not placed on an AED. He is currently on amantadine 100 mg Bid (am and lunch). He was placed on Seroquel, gabapentin, etc. His wife took him off the former, but continues GBPN 300 mg q hs and 100 mg q am , mainly from the pains resulting from the non-cephalic trauma. He had been on GBPN 100 mg tid, but his PCP Dr. Simon ^ the dose to 500 mg. He also has been on amantadine, famotidine, clonazepam ever since the initial TBI. Avoid using OTC & prescription non-steroidal medications (Excedrin, Aleve, Motrin, etc.) for more than 15 days a month; migraine-specific medications (triptans) for more than 10 days a month; opioid painkillers (tramadol, Percocet, etc.) more than 8 days a month; benzodiazepine and barbiturates (Xanax, Valium, Fioricet, etc.) for more than 5 days a month. Return to clinic in 3 months.

8/10/2017      Timothy M. Simon, M.D.      Office Visit $110
H/a's every day, temples or in the back on the r side. Increase Neurontin to 300 mg BID MRI C-spine, Add MRI Brain. Follow up 2 weeks.

8/7/2017      Timothy M. Simon, M.D.      Office Visit $110
Assessments Post-concussional syndrome, headache, major depressive disorder, single episode, cervicalgia. Follow up 3 months.

7/31/2017      Edgardo Angtuaco, MD      Matt Parker, MD
HA resolved with PO Tylenol while in the ED. Will d/c with follow-up in nsgy clinic as scheduled. ED Provider Note Impression: Acute nonintractable headache, unspecified headache type. History of traumatic brain injury.

1/24/2017      Ruth L. Thomas, MD
For now I think orthotics to accommodate his plantar flexed 1st ray is all that is required.

1/19/2017      Ladye Gaye Sink, RN
Left message for patient to call me. Was trying to reach him regarding recent message I received stating he needs a release to return to work by Dr. Day. He was felt to have residual post concussive symptoms at his last visit recently with Dr. Day. he is not cleared to return to work and will require further evaluation by rehab for this determination. He is also followed by the trauma team here at UAMS and they have documented he is not ready to return to work due to memory deficits.

1/4/2017      Timothy M. Simon, M.D.      Office Visit $110
Klonopin 0.5 MG Q noon, Norco 5/325 trazodone-refused by wife, add Restoril 15 MG

12/9/2016      Timothy M. Simon, M.D.      Office Visit $110
Another swallow study, referral to cardiologist and podiatrist. Hereditary motor and sensory neuropathy- Charcot- Marie- tooth DZ. 1. Refer to Dr Robinette RE: Charcot- Marie- Tooth disease, 2. Refer to Dr Willis RE: Bradycardia, 3. Schedule swallow study. Follow up 2 months.

11/25/2016      Drew Memorial Hospital
MRI of the cervical spine. Impression: C3-4 mild uncovertebral endplate degenerative changes and minimal posterior broad-based disc bulging at C4-5 and C5-6.

11/21/2016      John D. Day, MD
He continues to have significant post concussive symptoms. No acute neurosurgical problems. F/U prn.

11/9/2016      Britney Beumeler, APRN
Patient has a physical or mental condition which permanently precludes any gainful employment. The patient is a possible candidate for Social Security Disability or SSI benefits. Diagnosis: Severe Traumatic Brain Injury.

11/8/2016      Timothy M. Simon, M.D.      Office Visit $155

13

Right eye vision changed temporarily, right ear hearing loss at time, needs a letter to state that pt is not mentally capable or stable to stand trial for undetermined amount of time for lawyer, needs letter for disability. Assessments concussion with loss of consciousness of 30 minutes or less, other visual disturbances, cervicalgia, post-concussional syndrome. Schedule MRI C-Spine. Follow up 2 Weeks.

11/1/2016     Timothy M. Simon, M.D.     Office Visit $155, General Health Panel $65
F/U with UAMS Neuro; Celexa 40MG QHS; check labs.

10/25/2016     Randolph P. Maddox, MD
Presents to the ED with Syncope. Follow up with their PCP. Per wife, patient was wandering around bedroom late last night which was abnormal for him. She brought him to the bathroom when he then passed out on the toilet, striking his head on the counter and losing consciousness for around 1-2 minutes. Family History: Bipolar disorder mother, schizophrenia mother, cardiac mother.

10/24/2016     Meryll E. Pampolina, MD

10/23/2016     Drew Memorial Hospital
CT Head. Impression: Bilateral areas of remote post-traumatic encephalomalacia throughout both frontal lobes.

10/22/2016     Monticello Ambulance Service
Syncope/Fainting. Destination Drew Memorial Hospital.

10/18-12/20/2016     Drew Memorial Hospital Physical Therapy Daily Note

10/18/2016     Timothy M. Simon, M.D.     Chest X-Ray $63.00
36 y/o Male here for F/U from DMH, head injury, very poor ST memory, ICH, Long term memory intact. Continue treatment- Physical therapy, F/U in 1 month.

10/13/2016     Timothy M. Simon, M.D.     SNF Discharge $115.00

10/11/2016     Timothy M. Simon, M.D.     Nursing Facility Care $150.00

10/11/2016     Ashley Whitten, LMSW
In Team Conference, the team decided that Mr. Forrest would most benefit from another week here at BHRI under the current level of care. However, the family was adamant about having Mr. Forrest transferred to Drew Memorial. The family has made plans to transport the patient this morning.

10/11/2016     UAMS My chart
Current medications
Tylenol 325 mg every 4 hours PRN
Amantadine jcl 50 mg/ 5 ml solution-10ml (100 mg) twice daily
Polysporin apply topically 2 times a day

14

Buspirone 5 mg- 4 times daily
Celexa 20 mg daily
Propranolol 10 mg 4 times a day
Quetiapine 26 mg two times daily as needed (agitation)
Quetiapine 50 mg at bedtime
Senna 8.6 mg daily

10/11/2016     Amanda Price, MD/ Rani Haley Lindberg, MD
Rehabilitation Discharge Summary.
Admit date: 10/05/2016.
Admission diagnoses:  TBI (traumatic brain injury)
Discharge Diagnoses: Brain injury with prolonged (more than 24 hours) loss of consciousness
with return to pre-existing conscious level. Impaired cognition. Impaired mobility and ADLs
Restlessness and agitation. Oropharyngeal dysphagia.
Patient was admitted for comprehensive TBI rehab. Lidoderm patch added for rib fracture pain.
Shortly into stay, patient's family expressed desire to transfer to facility closer to home. Patient
was approved for transfer to another rehab facility.
Start taking these medications: Tylenol , Amantadine hcl, Buspar, Neurontin 100 mg, Lidocaine
5% patch, Protonix, Polyethylene glycol, Inderal, Seroquel, Senna, Stop taking: Celexa 40mg,
Clonazepam .5 mg
Wife hoping to d/c home today. Lives with wife. Attempt transfer to outside facility today. If
stays will need additional 7-10 d

10/10/2016     Kelsey Ingle, MS, CCC-SLP

10/8/2016     Amanda Price, MD/ Kevin Means, MD
Did get up once unassisted and used the restroom.

10/7/2016     Amanda Price, MD/ Rani Lindberg, MD
Will add gabapentin 100 mg hs for agitation.  May also help with sleep.
Follow up: PCP 1-2 weeks after discharge 2. Lindberg

10/5/2016     Britney M Beumeler, APRN  / Ronald D. Roberson, MD
Discharge Summary. Admit date: 9/22/2016. Discharge Date 10/5/16. EVD placed initially but
now removed - Follow up in 4 weeks with head CT with Dr. Day's clinic. Follow up trauma
clinic 4 weeks. Discharged: Inpatient Rehab

10/5/2016     Lynn Watterson, Pharm.D
Prescriptions prior to admission:  Celexa 40 mg- anxiety. Per patient's wife- patient only takes
when anxious.  Pharmacy states has not filled since March.
Clonazepam .5 mg 2 times daily as needed.

10/05/2016     Rani Haley Lindberg, MD
History and Physical. History of previous TBI and Charcot Marie Tooth admitted to UAMS
9/22/16 following a fall. Initial imaging revealed bilateral IVH with occipital horn so for lateral
ventricles, small IVH in 3rd/4th ventricle, left parietal SAH. Patient also had multiple rib

fractures (right posterior 1st, 2nd; left ribs 3-10), grade 1 splenic laceration, and pneumomediastinum with left sided pneumothorax and hemothorax. Hospital course was complicated by prolonged intubation (extubated 9/29) and pneumonia (treated with Linezolid and Zosyn). Occupation: Logger, worked with heavy machinery. Habits: cigarettes, 1 pack per day. Will add Gabapentin 100mg HS for agitation. Buspar 5mg BID. Amantadine 100 mg BID. Lidoderm patch for rib fx pain. Senna, Miralax daily. Will start Colace 100 mg daily and PRN suppositories. Lovenox 40mg. Pantoprazole 40mg q day. Expected length of stay: 10-14 days. PT, OT, SLP

10/3/2016     Emily Anne Gray, MS CCC-SLP     Leah Bates
Cognitive-Linguistic Evaluation. Wife states pt was in an MVC 20 years prior and states pt "was in a coma for 17 days". Frequency: 3-5 days/week. Duration: 6-8 weeks. Discharge Recommendation: acute rehab.

9/30/2016     Christopher S Cathcart, PT     Physical Therapy Evaluation
Therapy predicted duration: 1 week, then reassess if needed. D/C placement recommendations: Acute TBI rehabilitation

9/25/2016     Gerardo Tamayo-Enriquez, MD
Procedure: Arterial line placement

9/24/2016     Michael Craig Fiedorek, MD William C. Beck, MD
Op/Procedure Notes: Procedure- flexible video bronchoscopy with aspiration of secretions from tracheobronchial tree.

9/23/2016     Randolph P. Maddox, MD
Admitted to ICU. Impression: Intracranial bleed, occipital scalp laceration, initial encounter, seizure after head injury, fall from tree, initial encounter, intractable seizures, bilateral pulmonary contusion, SAD (subarachnoid hemorrhage), acute pain due to injury, agitation requiring sedation protocol, leukocytosis, unspecified type, closed fracture of multiple ribs of both sides, initial encounter, on mechanically assisted ventilation, respiratory insufficiency following shock, trauma, or surgery. 36 y/o CM presents via EMP s/p fall from tree stand, found by wife, tachycardic and hypertensive on scene with no LE movement per EMS, initial GCS 12, intubated electively with roc and ketamine. EMS noted diminished breath sounds on left and needle decompressed. 6-7cm open lac to R posterior scalp with surrounding edema, bleeding controlled. R pupil 2mm, L pupil 3mm, reactive. He is unresponsive. He displays seizure activity. GCS eye subscore is 1. GCS verbal subscore is 1. GCS motor subscore is 1.

9/23/2016     Paul Lee, MD Monir S. Tabbosha, MD
External Ventricular Drain placement.

9/22/2016     Kevin W Sexton, MD
History of previous TBI 2/2 MVC and Charcot Marie Tooth admitted to UAMS 9/22/2016 after accident involving fall from deer stand 15-20 feet high followed by deer stand falling on top of him. EVD placed in Neurosurgery, Dr. Tabbosha, for persistently low GCS and elevated ICP on 9/23/2016, no removed.

16

9/22/2016     Randolph P. Maddox, MD
Fall with chi intubated level 1 trauma scene flight, seizure, intracranial bleeding.

9/22/2016     Monticello Ambulance Service, Inc.  Total Charges $1,150.00

**Additional Records Reviewed:**

8/14/2020     Garret Andrews, PsyD, ABPP, Neuropsychological Consultation Report
Conclusions:
Mr. Forrest's current neurocognitive exam is invalid.  Additionally, his performance is consistent with someone attempting to underperform on cognitive testing.  His scores on a memory malingering task were below those of children age 5.  When changing cutoff scores to those patients with severe dementia, Mr. Forrest still performed well below expectations.
Diagnoses:
1.  Malingering neurocognitive disorder
2.  Somatoform disorder
3.  Personality disorder, cluster B

8/11/2020     Plaintiffs' Second Supplemental Response to Defendant's First Request for Production to Plaintiffs

7/15/2020     Shawn Smith, MD, Independent Medical Evaluation
Assessment:
1.  Traumatic brain injury, mild to moderate with residual cognitive deficits
2.  Subarachnoid hemorrhage and intraventricular hemorrhages, resolved
3.  Multiple rib fractures with prior pneumothorax and pleural effusions with residual pain with stable pulmonary function
4.  Mid-thoracic and subscapular pain, chronic
5.  Post-concussion syndrome with cephalgia, insomnia, and decreased initiation and task completion
6.  Splenic laceration, resolved
7.  History of Charcot-Marie-Tooth syndrome

Discussion
In addition, he continues to have some symptoms of post-concussion syndrome with reported cephalgia, insomnia, and neurocognitive deficits related to his traumatic brain injury that persist. Mr. Forrest remains on medication for neurocognitive behavioral complaints and will more likely than not require these medications long-term. These include Amantadine, Depakote, BuSpar and Celexa.  Follow-up with a physiatrist annually such as Dr. Lindberg is reasonable for life expectancy to help manage this condition.
With regards to improvement from his brain injury, Mr. Forrest had significant deficits while hospitalized and during therapies as evidenced by discharge summaries and therapy notes. There are discrepancies regarding his current level of function from friends and family as evidenced in reports documented above and in depositions involved in this case.  I believe he has met maximum medical improvement following the first 12 to 18 months after his head injury.  I do

17

not anticipate he will have further improvement now or as he ages. Mr. Forrest has been reluctant to participate in any subsequent rehabilitative therapies including speech therapy and physical therapy. From a physical standpoint he has a near normal neurologic exam with the exception of cognition and is independent in activities of daily living by all accounts. As a result, it is my opinion that Mr. Forrest will not require additional rehabilitative services for PT, speech therapy or OT in the future unless he developed significant cognitive decline or functional impairments related to his head injury. Provisions for follow up neurological imaging with brain CT imaging without contrast, at least three during life expectancy and MRI imaging at least twice during life expectancy is reasonable to further assess his brain injury now and as he ages. Currently he will not require routine neurological follow up with a neurologist or neurosurgeon for life expectancy based on historical medical care to date and current examination.

Mr. Forrest has benefited from family supervision as a result of his brain injury given his reported impulsive nature, his lack of initiation, decreased attention, decreased awareness of the environment, and impaired orientation, short-term memory and recall. On one hand his daughter reported that he was able to initiate tasks, keep on schedule on weeks that she stayed with them, drive a vehicle to local venues, navigate roads and familiar properties without maps or other devices, manage outdoor tasks such as lawn mower repair, lawn mowing, and pool maintenance and communicate with her via text and phone conversations without echolalia or signs of significant memory impairment or emotional lability. Carol, his current wife describes more impairment day to day with memory, emotional lability, impaired task completion and decreased safety awareness. Given these inconsistencies, Mr. Forrest will benefit from a neuropsychological evaluation to provide a more comprehensive view of his current cognitive abilities.
In the event that his wife is not available for supervision, he will benefit from alternative means of surveillance. I recommend home provisions with home monitoring systems including video and auditory surveillance along with safety measures to prevent use of firearms, kitchen stoves or grilling equipment to allow Mr. Forrest to stay at home with intermittent supervision. Professional services available for individuals with needs for meals and life care assistance is a reasonable alternative. Based on current information regarding his physical and mental abilities, Mr. Forrest does not appear to require 24-hour supervised assistance as a result of his brain injury. Further recommendations may be provided following neuropsychological assessment.

Given Mr. Forrest's questionable memory and recall, I recommend not driving without supervision by family members. A formal driving evaluation is reasonable to assess his driving ability if the question remains.

Mr. Forrest continues to complain of occasional neck and mid-thoracic back pain. If MRI or CT imaging have not been performed, MRI or CTs of cervical and thoracic spine are recommended to rule out any fractures or injuries as a result of the fall.

Dr. Simon has been providing medical care and management of his condition. I recommend biannual follow up with regards to injuries from the fall described above over and above his usual family visits.

He continues to use Lidocaine patches for pain control which is reasonable for the post-traumatic pain related to his multiple rib fractures. I recommend smoking cessation given the underlying rib and lung damage form the initial pneumothorax to prevent further chance for restrictive lung disease or COPD.

Evaluation by a urologist to rule out other medical causes is reasonable along with introduction of Cialis or Viagra as needed to improve sexual performance if their mutual desires improve.

Mr. Forrest and his wife will benefit from counseling to work on adjustment to disability and strategies to help with managing the health of their relationship. I recommend counseling for Mr. Forrest up to twice a month for a year unless he has improvement in memory, orientation and recall. With regards to his wife, she will benefit from weekly counseling for six months followed by bi-monthly counseling for a year.

Tommy reports that he is receiving Social Security disability and Carol reports that he is unable to work. I recommend evaluation by a vocational specialist. It is my opinion that he does not have any current physical restrictions from performing similar physical activities to a moderate level of workloads that he has previously enjoyed following his TBI. I recommend supervised repetitive activities in a sheltered environment if he chooses to return to work with graduated return to full-time, repetitive work activities as tolerated unless a neuropsychological assessment provides additional concerns with supervised physical, rote activities that require less mental flexibility and agility.

As a result of the brain injury that Mr. Forrest suffered, I anticipate a decrease in life expectancy of six to seven years based on studies for TBI at model systems center.

Mr. Forrest has Charcot-Marie-Tooth which is a neurodegenerative disorder associated with muscular dystrophy syndromes. Given that it is in a hereditary neurodegenerative condition, I anticipate that he will have further difficulty with ambulation and gait activities as he ages which is unrelated to the brain injury. In addition, he will be more likely than not to develop a decline in bimanual activities and sensory changes in his hands and feet that may affect his fine motor coordination.

| | |
|---|---|
| 7/22/2020 | Deposition of Dale West |
| 7/22/2020 | Deposition of Josh Forrest |
| 7/22/2020 | Deposition of Evan Forrest |
| 7/22/2020 | Deposition of Kenlee Hale |
| 7/22/2020 | Deposition of Courtney Hale |

6/12/2020    Joyce Cyriaque Beckwith, LRC, CRC, CLCP, Conservant Healthcare
Restrictions or Daily Limitations: Patient requires constant supervision and care. His wife is the primary caretaker and she is concerned for his welfare. He will sweep, fold clothes and take

trash out but he cannot engage in multiple tasks at one time. She grooms patient and reminds him to brush his teeth and change clothes. Mrs. Forrest must work and due to insufficient funding and no caretaker assistance he must wait alone in the car during that time.

Mr. Forrest worked without limitation for several years as a logger operator, pipeline construction and boilermaker. Patient was employed with Reid Lands as a logger operator for one year earning $200 per day at the time of his injury and over the course of his work life was probably capable of higher wages. Patient has not worked since the injury and is not eligible for any other work. Labor market research in Monticello, AR South Arkansas non-metropolitan area indicates logging equipment operators (SOC code 45-4022) earn wages ranging from $15.74-$30.40 per hour and the wages of boilermaker (SOC Code 47-2011) range from $12.39-$35.74 per hour. Patient is no longer a candidate for these positions. Many Arkansas natives take advantage of out of state work opportunities that offer similar and higher wage opportunities for similarly skilled workers. Unfortunately, the patient currently meets the federal and state criteria for full, complete and continuing occupational removal and requires 24/7 supervision.
Mr. Forrest is not work able.
Summary: Mr. Forrest completed vocational rehabilitation and medical life care evaluations as scheduled. Now vulnerable, he requires guardianship, observation and an emergent plan of care additional to a traditional medical life care plan in the event of his wife's infirmary or worse.

6/10/2020     Shelly Savant, MD, CLCP
I spoke with Ms. Carol Forrest, Mr. Forrest's wife, today. Mr. Forrest has gotten markedly worse since our initial visit in 11/2019.
His wife stated he burned down the family travel trailer and part of their home recently; he is more confused (sundowns) in the evenings than prior; continues to be aggressive at times; requires consultant supervision given his physical/ cognitive deficits as well as unawareness (she takes him to work with her as they have no attendant care); Mr. Forrest cannot manage his medications independently; he requires assistance as illustrated in my previous report with all activities of daily living; poses an elopement risk; and often complains of excruciating lower back pain. From a safety standpoint, not only does Mr. Forrest start fires, but he also drives intermittently and often times gets lost. I recommended that he require from driving given the risk to himself and others; his wife voiced an understanding and I suggested they discuss this with his treating providers.
Mr. Forrest and his wife have discussed the potential necessity for residential treatment given his progress and his wife's growing difficulty in rendering full time care.
Based on the information above, it is my opinion that Mr. Forrest's condition has gradually worsened to the point of almost total dependence and it is unlikely that his wife can continue to maintain her current caregiving role in light of his needs and her physical/ emotional limitations. I have requested further consultations with his treating providers, Dr. Tim Simon and Dr. Rani Lingberg [sic] and these conferences are pending.
The following amendments to the life care plan are advised:
Budgeting for immediate facility/residential placement is advised with omission of the home option
Lidoderm patches may be needed in the future, but given his recent cardiac issues, I will discuss this with his primary care physician
Budgeting for interdiction/ guardianship is recommended if not already in place.

20

3/30/2020      First Amended Complaint

1/16/2020      Shelly Savant, MD, CLCP
Rani Lindberg, MD- teleconference 1/16/2020
2 options should be included in LCP: Option 1 (home option) and Option 2 (facility option)
Post-acute rehabilitation x 90 days with annual follow up for lifetime in option 1
Attendant care 24 hours/ day for lifetime in Option 1 (while not in post-acute rehabilitation)
Transition into a brain injury residential living facility for lifetime in option 2. Attendant care
and post-acute rehabilitation will not be required in this option

12/30/2019      Shelly Savant, MD, CLCP
Case Report. Mr. Forrest fell from a tree stand on the DOI sustaining a severe traumatic brain
injury.  He was transported to University of Arkansas for Medical Sciences for emergent
treatment and was evaluated by neurosurgery.  Multiple rib fractures on the left; fir rib fracture
on right, splenic laceration. Admitted to ICU. Had pneumonia as an inpatient.
Discharged 10/5/2017 to inpatient rehab; then discharged home with his wife. Dr. Tim Simon is
PCP.  He's a poor historian. Daily headaches; decreased memory, attention/ concentration,
perseverative, problems with planning and implementing; left stove on; gets confused at night;
aggressive at times

Medications:
Amantadine 100 mg (60/ month)
Buspirone 160 mg (120 / month)
Clonazepam .5 mg (60/month)
Divalproex DR 500 mg (90/ month)
Note, Mr. Forrest's life expectancy will not be altered by injuries acquire didn't he fall of
9/22/2016.
Tim Simon, MD teleconference 12/5/2019
2 options should be included in LCP: Option 1 (home option) and Option 2 (facility option)
Post-acute rehabilitation x 90 days with annual follow up for lifetime in option 1
Attendant care 24 hours/ day for lifetime in Option 1 (while not in post-acute rehabilitation)
Transition into a brain injury residential living facility for lifetime in option 2. Attendant care
and post-acute rehabilitation will not be required in this option

2/26/2020      Deposition of David Carter

2/26/2020      Deposition of Skyler Mankin

2/26/2020      Deposition of John Paul Greer

2/26/2020      Deposition of Terry Ballard

2/25/2020      Deposition of Tony Forrest, Jr.

2/25/2020      Deposition of Cody McKee

2/25/2020     Deposition of Donna Lytle

2/25/2020     Deposition of Robert Lytle

2/25/2020     Deposition of Stacy Lytle

2/25/2020     Deposition of Jessica Savage

2/25/2020     Deposition of Tony Forrest, Sr.

2/25/2020     Deposition of Casey Lytle

2/25/2020     Deposition of David Edwards

2/19/2020     Plaintiff's First Supplemental Response to Defendants' First Requests for
Production to Plaintiffs


8/9/2019     Plaintiff's Response to Defendant's First Interrogatories
Tommy L. Forrest: 2009-2013: D.H. Forrest; logger $35,000/yr 2010-2013: City of Monticello;
firefighter, $25,000/yr 2010-2013: Joe Frost employer; logger $35,000/yr 2013-2014: Pascal;
pipeline operator, $80,000/yr 2015: Day & Zimmerman; boiler maker, $60,000/yr 2015-2016:
Reid Lands Inc.: logger, $23,000/yr

9/22/2016     Arkansas Game & Fish Commission
Fall from climbing stand. Upon inspection of the climbing stand it was determined that both the
cable on the upper and lower section of the climber ad failed. The tree had climb marks up to an
estimated twenty-five feet. Mr. Forrest was transported to Drew memorial hospital and then was
taken by helicopter to Baptist in Little Rock. As of September 25th Mr. Forrest's condition is
listed as critical and remains unresponsive.

2016   Electronic Filing Instructions for your 2016 Federal Tax Return- Tommy Forrest
Adjusted gross income $23,089
2015 US Individual Income Tax Return, Wages 48,726
2014 US Individual Income Tax Return, Wages 50,715

2013 W-2 C & L Wood Co Wages 8625.00
2013 C & L Wood Co Employer's Quarterly Contribution

3/12/2013     Monticello Fire Dept
As of this date 3/12/2013 Firefighter Tommy Forrest resigned from the Monticello Fire Dept.

(no date)     Kelly Reid, Fire Chief
Tommy Forrest was placed on leave with pay pending investigation for the week of February 10-
16, 2013.

Employee Records Jacket     9/27/10- 3/12/13 Firefighter Amount 24,368.50 per year
Date Terminated 3-12-13 Resigned

1/7/2011- 3/15/2013   Payroll Register
Fire Salary $965.40- $1,151.55

Educational Certificates
Wildland Fire Suppression
2010 Arkansas Fire Training Academy - Module 2: Personal Protective equipment
2010 Arkansas Fire Training Academy - Module 3: Firehouse
2010 Arkansas Fire Training Academy - Module 4: Ladders
2010 Arkansas Fire Training Academy - Module 5: Entry, vent & loss control
2010 Arkansas Fire Training Academy - Module 6: Streams & Extinguishers
2010 Arkansas Fire Training Academy - Module 13: Auto Extrication
2011 Arkansas Fire Training Academy - Module 17: EMS 1st Resp.
2011 FEMA first Responder Course (40 hours)
2011 FEMA National Incident Management System
2011 Wildland Fire Suppression
2011 FEMA - Standardized Awareness Training Program
2011 Arkansas Fire Academy- Firefighter I
2011 Arkansas Fire Academy- Firefighter II
2011 Arkansas Fire Academy- Hazardous Materials Awareness
2011 Arkansas Fire Academy- Hazardous Materials Operations
2011 Arkansas Fire Academy- Driver Operator
2011 FEMA National Fire Academy- Pumper Driver/ Operator
2011 Arkansas Fire Academy - Introduction to Fire Emergency Response
2011 Monticello Adult Education Center- 20 hours of Technology Training for Introduction to
Computers

Carrol Forrest- Handwritten notes, Facebook posts

**Tanya Rutherford Owen, Ph.D., CRC, CLCP, FIALCP**
Owen Vocational Services, Inc.
1706 E Joyce Suite 2
Fayetteville, AR 72703
479-695-1772 / Fax 501-421-6043

**DOB:** Aug 10, 1980
**D/E:** Sep 22, 2016
**Date Prepared:** Aug 12, 2020
**Primary Disability:** Traumatic Brain Injury

# Projected Medical Cost

## Tommy Forrest

### Projected Evaluations

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | Comment | Vendor |
|---|---|---|---|---|---|---|---|
| *Neuropsychological Evaluation* | Beginning<br>40    2020 | | One through LE | To assess Neuropsychological needs/ status | Per Unit<br>$500.00<br>to   $1,600.00 | | Licensed Neuropsychologist |
| | Ending    *<br>40    2020 | | | | Per Year<br>$500.00<br>to   $1,600.00 | | 1 |
| Dr. Shawn Smith recommended the above item. | | | | | | | |
| *Driving Evaluation* | Beginning<br>40    2020 | | One through LE | To asses driving abilities | Per Unit<br>$200.00<br>to   $750.00 | | Licensed Occupational Therapist |
| | Ending    *<br>40    2020 | | | | Per Year<br>$200.00<br>to   $750.00 | | 2 |
| Dr. Shawn Smith recommended the above item. | | | | | | | |
| Home Safety Evaluation | Beginning<br>40    2020 | | One now | To determine safety recommendations | Per Unit<br>$150.00<br>to   $250.00 | Some home health agencies may do for no fee. | Licensed Occupational Therapist |
| | Ending    *<br>40    2020 | | | | Per Year<br>$150.00<br>to   $250.00 | | 3 |
| Dr. Shawn Smith recommended the above item. | | | | | | | |
| *Vocational Rehabilitation Evaluation* | Beginning<br>40    2020 | | One through LE | To evaluate vocational potential/ develop vocational plan | Per Unit<br>$825.00<br>to   $1,500.00 | | Certified Rehabilitation Counselor |
| | Ending    *<br>40    2020 | | | | Per Year<br>$825.00<br>to   $1,500.00 | | 4 |
| Dr. Shawn Smith recommended the above item. | | | | | | | |

Tanya Rutherford Owen, Ph.D., CRC, CLCP, FIALCP
Owen Vocational Services, Inc.
1706 E Joyce Suite 2
Fayetteville, AR 72703
479-695-1772 / Fax 501-421-6043

**DOB:** Aug 10, 1980
**D/E:** Sep 22, 2016
**Date Prepared:** Aug 12, 2020
**Primary Disability:** Traumatic Brain Injury

# Projected Medical Cost
## Tommy Forrest
### Projected Therapeutic Modalities

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor |
|---|---|---|---|---|---|---|---|---|
| *Counseling Sessions- Client* | Beginning 40 | 2020 | Two per month for a year | To address adjustment to disability | Per Unit $100.00 | to $150.00 | | Licensed Counselor |
| | Ending * 40 | 2020 | | | Per Year $2,400.00 | to $3,600.00 | | 5 |
| *Counseling Sessions- Family* | Beginning 40 | 2020 | Weekly for 6 months followed by twice a month for a year | To address care giver issues related to disability | Per Unit $100.00 | to $150.00 | | Licensed Counselor |
| | Ending * 40 | 2020 | | | Per Year $2,400.00 | to $3,600.00 | | 6 |
| *Counseling Sessions- Family* | Beginning 41 | 2021 | Weekly for 6 months followed by twice a month for a year | To address care giver issues related to disability | Per Unit $100.00 | to $150.00 | | Licensed Counselor |
| | Ending * 41 | 2021 | | | Per Year $2,400.00 | to $3,600.00 | | 7 |
| *Smoking Cessation Program* | Beginning 40 | 2020 | One through LE | For smoking cessation | Per Unit | | There is no cost for this item. | Local Vendor |
| | Ending * 40 | 2020 | | | Per Year | | | 8 |

Dr. Shawn Smith recommended the above item. Information can be found at www.stampoutsmoking.com or call ADH at (501) 661-2953. The Quit Line (1-866-NOW QUIT) refers callers to the Fay W. Boozman College of Public Health, which serves as a telephone-based resource to provide screening, counseling, support materials and referral for tobacco cessation assistance based on an individual's readiness to quit. The quit rate for enrollees is 25.5 percent.

lcp 3   (22)  Copyright 1994-2004 TecSolutions, Inc. All Rights Reserved.      * Dates are inclusive, i.e., 2003-2005 equals 3 years.

Tables - Page  2

Tanya Rutherford Owen, Ph.D., CRC, CLCP, FIALCP
Owen Vocational Services, Inc.
1706 E Joyce Suite 2
Fayetteville, AR 72703
479-695-1772 / Fax 501-421-6043

**Projected Medical Cost**

**Tommy Forrest**

**Aids for Independent Function**

**DOB:** Aug 10, 1980
**D/E:** Sep 22, 2016
**Date Prepared:** Aug 12, 2020
**Primary Disability:** Traumatic Brain Injury

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor |
|---|---|---|---|---|---|---|---|---|
| Emergency Alert System | 40 | Beginning 2020 | Monthly | For communication in emergency situation | Per Unit $19.00 | to $42.00 | | Local Vendor |
| | 72 | Ending * 2052 | | | Per Year $228.00 | to $504.00 | | 9 |
| Dr. Shawn Smith recommended the above item. | | | | | | | | |
| Home Monitoring System (with audio and video) | 40 | Beginning 2020 | Monthly | For supervision/ safety | Per Unit $5.00 | to $49.99 | | Local Vendor |
| | 72 | Ending * 2052 | | | Per Year $60.00 | to $599.88 | | 10 |
| Dr. Shawn Smith recommended the above item. | | | | | | | | |
| Home Monitoring System- Equipment Fee | 40 | Beginning 2020 | One set every 5-6 years | For equipment used in supervision system | Per Unit $379.99 | to $599.00 | | Local Vendor |
| | 72 | Ending * 2052 | | | Per Year $63.33 | to $99.83 | | 11 |
| Dr. Shawn Smith recommended the above item. | | | | | | | | |

Tanya Rutherford Owen, Ph.D., CRC, CLCP, FIALCP
Owen Vocational Services, Inc.
1706 E Joyce Suite 2
Fayetteville, AR 72703
479-695-1772 / Fax 501-421-6043

**DOB:** Aug 10, 1980
**D/E:** Sep 22, 2016
**Date Prepared:** Aug 12, 2020
**Primary Disability:** Traumatic Brain Injury

## Projected Medical Cost
### Tommy Forrest
#### Medication(s)

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor |
|---|---|---|---|---|---|---|---|---|
| *Allowance for Cialis/ Viagra* | Beginning 40 2020 | | 6-10 tablets per month | For erectile dysfunction | Per Unit $0.70 to $2.59 | | | Local Pharmacy |
| | Ending * 72 2052 | | | | Per Year $67.20 to $248.64 | | | 12 |
| Dr. Shawn Smith recommended the above item. | | | | | | | | |
| *Amantadine 100 mg or similar item* | Beginning 40 2020 | | Two per day | For memory impairment | Per Unit $0.59 to $0.84 | | | Local Pharmacy |
| | Ending * 72 2052 | | | | Per Year $430.70 to $613.20 | | | 13 |
| Dr. Shawn Smith recommended the above item. | | | | | | | | |
| *Buspirone 15 mg or similar item* | Beginning 40 2020 | | Three per day | For anxiety | Per Unit $0.16 to $0.57 | | | Local Pharmacy |
| | Ending * 72 2052 | | | | Per Year $175.20 to $624.15 | | | 14 |
| Dr. Shawn Smith recommended the above item. | | | | | | | | |
| *Divalproex ER 500 mg or similar item* | Beginning 40 2020 | | Three per day | Treatment of headaches | Per Unit $0.23 to $0.88 | | | Local Pharmacy |
| | Ending * 72 2052 | | | | Per Year $251.85 to $963.60 | | | 15 |
| Dr. Shawn Smith recommended the above item. | | | | | | | | |

lcp 3  (22)  Copyright 1994-2004 TecSolutions, Inc. All Rights Reserved.    * Dates are inclusive, i.e., 2003-2005 equals 3 years.

**Tanya Rutherford Owen, Ph.D., CRC, CLCP, FIALCP**
Owen Vocational Services, Inc.
1706 E Joyce Suite 2
Fayetteville, AR 72703
479-695-1772 / Fax 501-421-6043

**DOB:** Aug 10, 1980
**D/E:** Sep 22, 2016
**Date Prepared:** Aug 12, 2020
**Primary Disability:** Traumatic Brain Injury

# Projected Medical Cost

## Tommy Forrest

### Medication(s)

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor |
|---|---|---|---|---|---|---|---|---|
| *Lidocaine Patches* | | Beginning | One per day | For pain | Per Unit | | | Local Pharmacy |
| | 40 | 2020 | | | $1.75 | | | |
| | | | | | to | $3.51 | | |
| | | Ending * | | | Per Year | | | |
| | 72 | 2052 | | | $638.75 | | | |
| | | | | | to | $1,281.15 | | 16 |

Dr. Shawn Smith recommended the above item.

**Tanya Rutherford Owen, Ph.D., CRC, CLCP, FIALCP**
Owen Vocational Services, Inc.
1706 E Joyce Suite 2
Fayetteville, AR 72703
479-695-1772 / Fax 501-421-6043

**DOB:** Aug 10, 1980
**D/E:** Sep 22, 2016
**Date Prepared:** Aug 12, 2020
**Primary Disability:** Traumatic Brain Injury

## Projected Medical Cost

### Tommy Forrest

### Home Care

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor |
|---|---|---|---|---|---|---|---|---|
| *Attendant/ Home Care* | | Beginning | Three visits per week | To oversee daily activities, provide transportation if needed and maintain home | Per Unit | | Most vendors require 3 hour minimum. | Local Home Health Agency |
| | 40 | 2020 | | | | $15.00 | | |
| | | | | | to | $18.00 | | |
| | | Ending  * | | | Per Year | | | |
| | | | | | | $7,020.00 | | |
| | 72 | 2052 | | | to | $8,424.00 | | 17 |

Dr. Shawn Smith recommended the above item. Unit cost x 3 hours per visit x 3 visits per week x 52 weeks per year = Yearly cost.

Tanya Rutherford Owen, Ph.D., CRC, CLCP, FIALCP
Owen Vocational Services, Inc.
1706 E Joyce Suite 2
Fayetteville, AR 72703
479-695-1772 / Fax 501-421-6043

**DOB:** Aug 10, 1980
**D/E:** Sep 22, 2016
**Date Prepared:** Aug 12, 2020
**Primary Disability:** Traumatic Brain Injury

## Projected Medical Cost
### Tommy Forrest
#### Future Medical Care Routine

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor |
|---|---|---|---|---|---|---|---|---|
| *General Practice Office Visit* | Beginning 40 | 2020 | Two per year | For overall health management | Per Unit $110.00 | to $160.00 | | Licensed Physician |
| | Ending 72 | * 2052 | | | Per Year $220.00 | to $320.00 | | 18 |
| Dr. Shawn Smith recommended the above item. | | | | | | | | |
| *Physiatrist office visit* | Beginning 40 | 2020 | One per year | For overall health management | Per Unit $90.00 | to $235.00 | | Licensed Physician |
| | Ending 72 | * 2052 | | | Per Year $90.00 | to $235.00 | | 19 |
| Dr. Shawn Smith recommended the above item. | | | | | | | | |
| *Urology Evaluation* | Beginning 40 | 2020 | One now | To evaluate ED | Per Unit $188.00 | to $332.00 | | Licensed Physician |
| | Ending 40 | 2020 | | | Per Year $188.00 | to $332.00 | | 20 |
| Dr. Shawn Smith recommended the above item. | | | | | | | | |
| *MRI- Brain* | Beginning 41 | 2021 | Two through LE | Diagnostic assessment | Per Unit $950.00 | to $3,250.00 | Costs allocated in consecutive years of ease of calculation only. | Local Vendor |
| | Ending 42 | * 2022 | | | Per Year $950.00 | to $3,250.00 | | 21 |
| Dr. Shawn Smith recommended the above item. | | | | | | | | |

Tanya Rutherford Owen, Ph.D., CRC, CLCP, FIALCP
Owen Vocational Services, Inc.
1706 E Joyce Suite 2
Fayetteville, AR 72703
479-695-1772 / Fax 501-421-6043

**Projected Medical Cost**

**Tommy Forrest**

**Future Medical Care Routine**

DOB: Aug 10, 1980
D/E: Sep 22, 2016
Date Prepared: Aug 12, 2020
Primary Disability: Traumatic Brain Injury

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | | Comment | Vendor |
|---|---|---|---|---|---|---|---|---|
| *CT imaging without contrast- Brain* | | Beginning | Three through LE | Diagnostic assessment | | Per Unit $850.00 | Costs allocated in consecutive years of ease of calculation only. | Local Vendor |
| | 41 | 2021 | | | to | $2,128.26 | | |
| | | Ending    * | | | | Per Year $850.00 | | |
| | 43 | 2023 | | | to | $2,128.26 | | 22 |
| Dr. Shawn Smith recommended the above item. | | | | | | | | |
| *MRI or CT of Cervical Spine* | | Beginning | One through LE | Diagnostic assessment | | Per Unit $975.00 | | Local Vendor |
| | 40 | 2020 | | | to | $2,508.03 | | |
| | | Ending    * | | | | Per Year $975.00 | | |
| | 40 | 2020 | | | to | $2,508.03 | | 23 |
| Dr. Shawn Smith recommended the above item. | | | | | | | | |
| *MRI or CT of Thoracic Spine* | | Beginning | One through LE | Diagnostic assessment | | Per Unit $975.00 | | Local Vendor |
| | 40 | 2020 | | | to | $2,463.85 | | |
| | | Ending    * | | | | Per Year $975.00 | | |
| | 40 | 2020 | | | to | $2,463.85 | | 24 |
| Dr. Shawn Smith recommended the above item. | | | | | | | | |

Tanya Rutherford Owen, Ph.D., CRC, CLCP, FIALCP
Owen Vocational Services, Inc.
1706 E Joyce Suite 2
Fayetteville, AR 72703
479-695-1772 / Fax 501-421-6043

**Projected Medical Cost**

**Tommy Forrest**

**DOB:** Aug 10, 1980
**D/E:** Sep 22, 2016
**Date Prepared:** Aug 12, 2020
**Primary Disability:** Traumatic Brain Injury

**Summary Costs**

| | Item/Service | Beginning Date | Ending Date | Cost Per Year Avg.** | Number Of Years | Total** |
|---|---|---|---|---|---|---|
| **Projected Evaluations** | | | | | | |
| 1 | Neuropsychological Evaluation | 2020 | 2020 | $1,050.00 | *1 | $1,050.00 |
| 2 | Driving Evaluation | 2020 | 2020 | $475.00 | *1 | $475.00 |
| 3 | Home Safety Evaluation | 2020 | 2020 | $200.00 | *1 | $200.00 |
| 4 | Vocational Rehabilitation Evaluation | 2020 | 2020 | $1,162.50 | *1 | $1,162.50 |
| | | | | **Sub Total** | | $2,887.50 |
| **Projected Therapeutic Modalities** | | | | | | |
| 5 | Counseling Sessions- Client | 2020 | 2020 | $3,000.00 | *1 | $3,000.00 |
| 6 | Counseling Sessions- Family | 2020 | 2020 | $3,000.00 | *1 | $3,000.00 |
| 7 | Counseling Sessions- Family | 2021 | 2021 | $3,000.00 | *1 | $3,000.00 |
| 8 | Smoking Cessation Program | 2020 | 2020 | | *1 | |
| | | | | **Sub Total** | | $9,000.00 |
| **Aids for Independent Function** | | | | | | |
| 9 | Emergency Alert System | 2020 | 2052 | $366.00 | *33 | $12,078.00 |
| 10 | Home Monitoring System (with audio and video) | 2020 | 2052 | $329.94 | *33 | $10,888.02 |
| 11 | Home Monitoring System- Equipment Fee | 2020 | 2052 | $81.58 | *33 | $2,692.14 |
| | | | | **Sub Total** | | $25,658.16 |

lcp 7, lcp11  (26) Copyright 1994-2004 TecSolutions, Inc. All Rights Reserved.   * Dates are inclusive, i.e., 2007-2009 equals 3 years.    ** "Cost Per Year Avg." & "Total" are annualized if item is periodic replacement        Summary - Page 1

**Tanya Rutherford Owen, Ph.D., CRC, CLCP, FIALCP**
Owen Vocational Services, Inc.
1706 E Joyce Suite 2
Fayetteville, AR 72703
479-695-1772 / Fax 501-421-6043

**DOB:** Aug 10, 1980
**D/E:** Sep 22, 2016
**Date Prepared:** Aug 12, 2020
**Primary Disability:** Traumatic Brain Injury

# Projected Medical Cost

## Tommy Forrest

### Summary Costs

| Item/Service | Beginning Date | Ending Date | Cost Per Year Avg.** | Number Of Years | Total** |
|---|---|---|---|---|---|
| **Medication(s)** | | | | | |
| 12   Allowance for Cialis/ Viagra | 2020 | 2052 | $157.92 | *33 | $5,211.36 |
| 13   Amantadine 100 mg or similar item | 2020 | 2052 | $521.95 | *33 | $17,224.35 |
| 14   Buspirone 15 mg or similar item | 2020 | 2052 | $399.68 | *33 | $13,189.28 |
| 15   Divalproex ER 500 mg or similar item | 2020 | 2052 | $607.73 | *33 | $20,054.93 |
| 16   Lidocaine Patches | 2020 | 2052 | $959.95 | *33 | $31,678.35 |
| | | | | **Sub Total** | $87,358.26 |
| **Home Care** | | | | | |
| 17   Attendant/ Home Care | 2020 | 2052 | $7,722.00 | *33 | $254,826.00 |
| | | | | **Sub Total** | $254,826.00 |
| **Future Medical Care Routine** | | | | | |
| 18   General Practice Office Visit | 2020 | 2052 | $270.00 | *33 | $8,910.00 |
| 19   Physiatrist office visit | 2020 | 2052 | $162.50 | *33 | $5,362.50 |
| 20   Urology Evaluation | 2020 | 2020 | $260.00 | *1 | $260.00 |
| 21   MRI- Brain | 2021 | 2022 | $2,100.00 | *2 | $4,200.00 |
| 22   CT imaging without contrast- Brain | 2021 | 2023 | $1,489.13 | *3 | $4,467.39 |
| 23   MRI or CT of Cervical Spine | 2020 | 2020 | $1,741.52 | *1 | $1,741.52 |

**Tanya Rutherford Owen, Ph.D., CRC, CLCP, FIALCP**
Owen Vocational Services, Inc.
1706 E Joyce Suite 2
Fayetteville, AR 72703
479-695-1772 / Fax 501-421-6043

**Projected Medical Cost**

**Tommy Forrest**

**DOB:** Aug 10, 1980
**D/E:** Sep 22, 2016
**Date Prepared:** Aug 12, 2020
**Primary Disability:** Traumatic Brain Injury

## Summary Costs

|  | Item/Service | Beginning Date | Ending Date | Cost Per Year Avg.** | Number Of Years | Total** |
|---|---|---|---|---|---|---|
| 24 | MRI or CT of Thoracic Spine | 2020 | 2020 | $1,719.43 | *1 | $1,719.43 |
|  |  |  |  | **Sub Total** |  | $26,660.83 |

**Grand Total**    $406,390.75

If any item has periodic replacement, "Grand Total" Cost is annualized

**Curriculum Vitae**
**Of**
**Tanya Rutherford Owen, Ph.D.**
*Certified Rehabilitation Counselor*
*Life Care Planning Fellow*

*Correspondence to:*
1706 E Joyce Suite 2
Fayetteville, AR 72703
owenvoc@gmail.com          Statewide:  479-695-1772                    *fax* (501) 421-6043

**PROFESSIONAL EXPERIENCE**

**Present Position**

2001-Present   *Rehabilitation Counselor,* Owen Vocational Services, Inc.
Fayetteville, Arkansas

Develop life care plans including outlining services and anticipated costs of care for individuals with injuries such as spinal cord injury, acquired brain injury, amputation, burn, orthopedic injury and congenital impairment. Participate in home/site visits to interview caregivers and healthcare professionals, research recommendations of care, perform cost-analysis, and conduct medical file reviews.  Skilled in conducting job analyses, vocational assessments, and job development activities to assist individuals with injuries in the return-to-work process.  Skilled in conducting employability and wage-earning capacity evaluations.  Designated vocational expert for Social Security Office of Hearings and Appeals proceedings.  Contracted case manager with the Veteran's Administration, providing rehabilitation services to veterans with service connected disabilities.

2011, 2012, 2016       *Adjunct Professor*, University of Arkansas
2010-2018                    *Guest Lecturer*, University of Arkansas
Fayetteville, Arkansas

Responsible for classroom lectures, examinations, and all aspects of classroom management.  Provide instruction to master's and doctoral level graduate students in rehabilitation counseling at the University of Arkansas.  Courses taught include Foundations of Vocational Rehabilitation, Case Management and Employment Interventions & Practices.

2009-2011    *Graduate Teaching Assistant*, University of Arkansas
Fayetteville, Arkansas

Responsible for classroom lectures in college of education and health professions.  Provide instruction to master's level graduate students in rehabilitation counseling at the University of Arkansas.  Courses taught include rehabilitation case management and rehabilitation counseling supervision.

**Previous Positions and Experience**

*Rehabilitation Counselor*, National Center for Life Care Planning
Fayetteville, Arkansas 1999-2001

Active in evaluation and assessment of clients involved in Life Care Planning and vocational evaluation process.  Skilled in administration, scoring and interpretation of testing including vocational, personality, achievement tests.  Develop life care plans including outlining services and anticipated costs of care for individuals with catastrophic injuries such as spinal cord injury, acquired brain injury, amputation, burn, orthopedic injury and congenital impairment. Participate in home/site visits to interview caregivers and healthcare professionals, research recommendations of care, perform cost-analysis, and conduct medical file reviews.

*Vocational Rehabilitation Counselor*, Rehab West
San Diego, California 1996-2000
    Assist injured employees involved in California's Worker's Compensation vocational rehabilitation process.  Skilled in conducting ADA job analyses and accommodation assessments, vocational assessments, LTD evaluations and job development and placement.  Responsible for conducting labor market surveys under California's Longshore and Harbor Worker's Compensation Law.  Skilled in conducting employability and wage-earning capacity evaluations.  Served as contracted case manager for Veteran's Administration Chapter 31 clients with duties including training monitoring, case management, and quarterly training site visits.

*Clinical & Life Care Planning Assistant*, Dr. Randall Thomas
Jackson, Mississippi 1992-1996
    Worked as a clinical and life care planning assistant.  Skilled in performing comprehensive life care planning services including long and short-term care needs projections for individuals with catastrophic injuries and illnesses.  Participated in home/site visits to interview caregivers and healthcare professionals, researched recommendations of care, performed cost-analysis, and conducted medical file reviews.  Performed inpatient and outpatient intakes for clients with mental and physical disabilities.  Performed vocational assessments including administration of intelligence, interests and aptitude tests.

## EDUCATIONAL BACKGROUND

Doctor of Philosophy (Ph.D.) in Rehabilitation
*Outstanding Rehabilitation Education & Research Doctoral Student 2010*
*E. Russell Baxter Award 2010-2011*
*Doctoral Academy Fellow 2009-2011*
University of Arkansas
Fayetteville, Arkansas

Master of Science (M.S.) in Counseling Psychology
University of Southern Mississippi
Hattiesburg, Mississippi

Bachelor of Arts (B.A.), Philosophy
*Phi Beta Kappa, magna cum laude*
Millsaps College
Jackson, Mississippi

Post-Graduate Certificate in Life Care Planning
University of Florida/ Intelicus

## PROFESSIONAL MEMBERSHIPS

Arkansas Supreme Court Committee on Professional Conduct- Panel A member
*Journal of Life Care Planning* – Editor
Foundation for Life Care Planning & Rehabilitation Research- Treasurer
International Association of Rehabilitation Professionals
International Academy of Life Care Planners
International Association of Rehabilitation Professionals 2019 & 2020 Education Conference Committee Chair

## PROFESSIONAL CERTIFICATIONS

Life Care Planning Fellow (FIALCP)
Certified Life Care Planner (CLCP)
Certified Disability Management Specialist (CDMS)
Certified Rehabilitation Counselor (CRC) #040678
Licensed Professional Counselor (LPC) #P1206069

## PROFESSIONAL EDUCATION/ SEMINARS/ AWARDS

- International Association of Rehabilitation Professionals Annual Conference, October 31-November 2, 2019, Portland, Oregon.
- Barriers Identified by U.S. and Canadian Life Care Planners and Key Factors for Building a Strong Foundation for Your Life Care Plans, IARP Annual Conference, November 1, 2019, Portland, Oregon.
- *Outstanding Life Care Planning Educator Award. Foundation for Life Care Planning Research; International Association of Rehabilitation Professionals; International Symposium in Life Care Planning; International Academy of Life Care Planners*
- *President's Commendation Award- International Association of Rehabilitation Professionals, October 27, 2018*
- International Association of Rehabilitation Professionals Annual Conference, October 25-28, 2018, Charlotte, North Carolina.
- Writing for Publication, International Association of Rehabilitation Professionals Annual Conference, October 25-28, 2018, Charlotte, North Carolina.
- International Association of Rehabilitation Professionals Annual Conference 2017, October 12-14, 2017, St. Louis, Missouri.
- After the Life Care Plan—What We Have Learned, International Association of Rehabilitation Professionals Annual Conference, October 14, 2017.
- Getting Published, Making the Process Clearer and Less Mystical, International Association of Rehabilitation Professionals Annual Conference, October 12, 2017.
- *President's Commendation Award- International Association of Rehabilitation Professionals, October 14, 2017.*
- International Association of Rehabilitation Professionals Annual Conference, October 23-24, New Orleans, LA.
- International Association of Rehabilitation Professionals Annual Conference, November 6-8, 2014, San Diego, CA.
- Guest Lecturer, University of Arkansas, Fayetteville, Arkansas: *Private Vocational Rehabilitation*, October 28, 2014
- FCEs and Sincerity of Outcome Differences, Arkansas Trial Lawyers Association, Little Rock, AR, February 7, 2014.
- Assessing Damages Through Life Care Plans & Vocational Assessment, Arkansas Trial Lawyers Association, Little Rock, AR, November 2, 2012.
- IARP Forensic Conference, San Juan, Puerto Rico, October 26-27, 2012
- Quantifying Damages via Life Care Plans & Vocational Assessment, Arkansas Association of Defense Counsel, Ridgedale, MO, July 27, 2012.
- Life Care Plan Follow-up Study: 1-10 years Post Settlement, Arkansas Trial Lawyers Association, Rogers, AR, June 14, 2012.
- International Society of Life Care Planners, Scottsdale, AZ, September 17, 2011
  - *Winner: Best Student Paper Award*
  - *Poster Presentation: Life Care Plan Implementation Among Adults with Spinal Cord Injuries*

3

- Guest Lecturer, University of Arkansas, Fayetteville, Arkansas: *Private Vocational Rehabilitation*
- Workers' Compensation Law & Practice, Springdale, AR, October 6, 2010
- Life Care Planning Summit, Atlanta, GA, April 17-18, 2010
- ADA Amendment Act of 2008, State of Arkansas Workers' Compensation Educational Conference, Hot Springs, AR, April 8, 2010
- State of Arkansas Workers' Compensation Educational Conference, Hot Springs, AR, April 4-6, 2007
- American Board of Vocational Experts 2007 Spring Conference, Seattle, WA, March 30-April 1, 2007
- IARP Forensic Conference, Scottsdale, AZ November 3-4, 2006
- Arkansas Workers' Compensation 18th Annual Educational Conference, Little Rock, AR, October 12-14,2005.
- Medicare Set-Aside Allocation Program MediPro Seminars, LLC and The University of Florida, August 24, 2005.
- IARP Forensic Conference, San Antonio, TX, November 12-13, 2004
- Arkansas Workers' Compensation 17th Annual Educational Conference, Little Rock, AR, October 13-15, 2004.
- 2004 Ethics-CDMSC Code of Conduct Review: Certification of Disability Management Specialists Commission, Rolling Meadows, IL, May 1, 2004.
- Training Methods in Pediatric Brain Injury Rehab: Timber Ridge Group, Fayetteville, AR, April 14, 2004.
- Daubert/Kumho: VE Issues: CMR Home Study, Agoura Hills, CA, November 24, 2003.
- The TTWWIIA Educational Series: Assisting Social Security Beneficiaries Return to Work-Program 1: New Community Associates, Northborough, MA, May-December 2002.
- Understanding Approaches to Estimating Lost Earnings: Strategies for the Rehabilitation Consultant, Dallas, TX October 25 & 26, 2001.
- Training Methods in Pediatric Brain Injury Rehabilitation and Education, NeuroRestorative Specialty Centers/ TRGI, April 14, 2004.
- Life Care Planning, Life Care Planning Timed Module 8, University of Florida and Intelicus, August 14, 2001.
- Forensic Rehabilitation Module 6, Los Angeles, California, University of Florida and Intelicus, July 14 & 15, 2001.
- LCP/ Pulling it All Together Module 5, Los Angeles, California, University of Florida and Intelicus, July 12 & 13, 2001.
- Life Care Planning, Spinal Cord Injuries & Life Care Planning/ Module 2, Atlanta, Georgia, University of Florida and Intelicus, January 20 & 21, 2001.
- Life Care Planning, Comprehensive Overview: Tenets & Methodology of Life Care Planning/ Module 1, Atlanta, Georgia, University of Florida and Intelicus, January 18 & 19, 2001.
- Life Care Planning, Rehabilitation Consulting & Case Management/ Module 7, University of Florida and Intelicus, November 27, 2000.
- Life Care Planning, TBI/ Pediatric Brain Damage/ Module 4, Washington D.C., University of Florida and Intelicus, November 18 & 19, 2000.
- Life Care Planning, Multiple Disabilities/ Module 3, Washington D.C., University of Florida and Intelicus, November 16 & 17, 2000.
- Understanding and Preventing Workplace Injuries: A Behavioral Approach, San Diego, California, April 12, 1999.
- Ventura County City of Moorpark Supreme Court Decision, San Diego, California, September 18, 1998.
- How to Avoid a Formal Conference, CARRP Convention, San Diego, California, March 20, 1998.
- Longshore and Harbor Workers' Compensation in California, San Diego, California, November 6, 1997
- 4th Annual CARRP Conference, San Diego, California, April 1997
- Mississippi Counseling Association, 1995 convention. Biloxi, Mississippi. November 1995.

- Mississippi Psychological Association, *Poster Presentation*, 1995 convention, Biloxi, Mississippi, October 1995.
- Mississippi Counseling Association, *Symposium Presenter*, 1994 convention, Jackson, Mississippi, October 1994.


## PUBLICATIONS

Owen, T.R. & Henry, E.K. (2019) Evaluation of Reasonableness of Fees for Life Care Plan Services in Vaccine Act Cases. Journal of Life Care Planning, 17 (4), 31-37.

Owen, T. R. & Wilkins, M.J. (2019).  Practice challenges identified by life care planners in the United States. Journal of Life Care Planning, 17 (2), 33-39.

Owen, T., Marini, I., Antol, D. L., & Pinon, R. M. (2019). Assessment in private sector rehabilitation. In F. Chan & D. R. Strauser (Eds.), Assessment in Rehabilitation and Mental Health Counseling. New York: Springer.

Weed, R.O. & Owen, T.R. (2018).  Life care planning:  A step-by-step guide 2nd edition.  Elliot & Fitzpatrick, Athena, GA.

Lusk, S.L. & Owen, T.R. (2017).  The inclusion of cannabinoids and medicinal marijuana as a treatment option for individuals with disabilities in life care plans.  Journal of Life Care Planning, 15(2), 27-34.

Wilkins, M.J., Owen, T.R. & Kilpatrick, B. (2017).  Trauma and stress-related disorders:  Relevance to DSM-5 and life care planning.  Journal of Life Care Planning, 15 (2), 39-47.

Owen, T. R., Wilkins, M.J., & Kilpatrick, B. (2015).  Critical elements of home health service provision for life care planners.  Journal of Life Care Planning, 13 (4), 11-20.

Owen, T. R., Wilkins, M.J., Kilpatrick, B. & Paul, T.M.  (2015). Life care planning for burn injuries.  Journal of Life Care Planning, 13 (3), 37-44.

Owen, T.R. & Wilkins, M.J. (2014).  Sincerity of Effort Differences in Functional Capacity Evaluations. Journal of Rehabilitation, 80 (3), 53-61.

Owen, T. & Wilkins, M.  Decubitus Ulcer Development in Individuals with Spinal Cord Injury.  Journal of Life Care Planning, 12 (2), 9-23.

Owen, T. (2012).  Organizational viewpoints on research on life care planning.  Journal of Life Care Planning 11 (3), 39-51.

Owen, T. & Thomas, R. (2012).  National Spinal Cord Statistical Center cost figures:  A comparison to the life care planning approach.  Journal of Life Care Planning 11 (2), 27-34.

Owen, T., & Marini, I. (2012). Spinal Cord Injury Attendant Care:  Perspectives from Adults with Life Care Plans.  Journal of Life Care Planning, 10 (4).

Owen, T., & Marini, I. (2012). Life Care Plan Implementation Among Adults with Spinal Cord Injury. Journal of Life Care Planning, 10(4), 5-20.

Owen, T., & Marini, I. (2011). Post- settlement quality of life differences among adults with spinal cord injuries. The Rehabilitation Professional, 19(3), 93-100.
    o    *Winner: Best Student Paper Award, International Society for Life Care Planners, fall 2011*

Rutherford-Owen (2011). *Investigation of Implementation of Life Care Plans and Impact on the Quality of Life of Individuals with Spinal Cord Injuries.* Retrieved from ProQuest Digital Dissertations. (AAT 3455931).

"Psychological Symptoms to Injury/ Disability" (2000, June). {An Educational Tool}. Ridgeland: The National Center for Life Care Planning.

"Health: Potential Complications of Spinal Cord Injury, Burn Injury, Acquired Brain Injury, and Amputation" (2000, June). {An Educational Tool}. Ridgeland: The National Center for Life Care Planning.

"The Interpersonal Experience of Disability" (2000, June). {An Educational Tool}. Ridgeland: The National Center for Life Care Planning.

"Cognitive Impairment" (2000, June). {An Educational Tool}. Ridgeland: The National Center for Life Care Planning.

"Values, Culture, and Disability" (2000, June). {An Educational Tool}. Ridgeland: The National Center for Life Care Planning.

"Recreation" (2000, June). {An Educational Tool}. Ridgeland: The National Center for Life Care Planning.

"Disabilities and Education" (2000, June). {An Educational Tool}. Ridgeland: The National Center for Life Care Planning.

"Community: Transportation, Driving Following a Disability, Travel, Leisure Activities, Legislative Movements, Areas for Growth" (2000, June). {An Educational Tool}. Ridgeland: The National Center for Life Care Planning.

"Caregiver Responses to Injury" (2000, June). {An Educational Tool}. Ridgeland: The National Center for Life Care Planning.

"Vocational Goals Following Injury: Spinal Cord Injury, Amputation, Acquired Brain Injury, Burn, Return to Work Resources" (2000, June). {An Educational Tool}. Ridgeland: The National Center for Life Care Planning.

Rutherford, T. (1999). Expectations of the VR Counselor from the Unit Perspective. *CARRP Newsletter,* December 1999, 9.

Rutherford, T.M. (1998) The state of vocational rehabilitation; A Newcomer shares her experience in the Worker's Compensation Case Management Field. *Inside Case Management*, 4(12), 7-9.

Busby, L.D. & Rutherford, T.M. (1997) Potential complications associated with spinal cord injury. *Inside Case Management*, 4(2), 1-4.

6

# *Tanya Rutherford Owen, Ph.D.*
# *Rehabilitation Services*

*Correspondence to:*
1706 E Joyce Suite 2
Fayetteville, AR 72703
owenvoc@gmail.com                         479-695-1772                    *fax* (501) 421-6043

# 2020 FEE SCHEDULE

## FOR ALL SERVICES

| | |
|---|---|
| Retainer | $2500 |
| Deposition | $750/ hour (2-hour minimum) |
| Trial Appearance | $1500 fewer than 4 hours<br>$3000 four hours or more |
| Expert Witness Naming Fee | $850 (applied to case work) |
| Rush rate (applies for any report required in fewer than 30 days) | $300 / Hour |
| Billable Expenses | Parking, Travel expenses as expert witness |

## LIFE CARE PLANNING FEE SCHEDULE

| | |
|---|---|
| Life Care Planner-includes home visit | $275 / hour |
| Travel Time | $275 / hour + GSA mileage rate |

## FORENSIC VOCATIONAL SERVICES FEE SCHEDULE

| | |
|---|---|
| Vocational Services | $275 / hour |
| Travel Time | $275 / hour + GSA mileage rate |

## WORKERS COMPENSATION VOCATIONAL SERVICES FEE SCHEDULE

| | |
|---|---|
| Vocational Services | $185 / hour |
| Travel Time | $185 / hour + GSA mileage rate |
| Deposition/ Hearing Appearance | $750 for up to 2 hours |

effective 1/1/2019

**Testimony and Deposition List for Tanya Rutherford Owen 2016-2020**

**2020**

Deposition in the Matter of Christopher McLean, Plaintiff, v. Wal-Mart Stores East, LP, a Delaware Limited Partnership, Dustin Runyan, and Kenny Haney, Defendants.  In the Circuit Court of Webster County, Missouri. Case No. 19WE-CC00008

Deposition in the matter of Donald Brooks v. William J. Laurie, Crown Center Farms, Inc. and Big Buck Resort, Inc.  In the Circuit Court of Randolph County, Missouri.  Case No 18RA-CV01220.

Deposition in the matter of Linda Johnson, Plaintiff, vs. Freeman Health System, Defendant. In the Circuit Court of Jasper County, Missouri. Case No. 18AO-CC00067

Deposition in the Matter of Tonya M. Mabry, Plaintiff, vs. David L. Cypert, Sr., Defendant. In the Circuit Court of Faulkner County, Arkansas, First Division. Case No. 23CV-17-1343

Deposition in the Matter of Jasmine Giles and Crystal Giles, Plaintiffs, v. Melvin S. Dassinger, III, M.D.; Richard J. Jackson, M.D.; Robert T. Maxon, M.D.; and Samuel D. Smith, M.D., Defendants. In the Court of Pulaski County, Arkansas, Civil Division. Case No. 60CV-16-6354

Testimony in the Trial of Vicki Allred and Charles Allred, Plaintiffs, VS. Freestone County Fair Association, Inc; Jason Murray Individually and D/B/A J&J Rodeo Company; Jimmy Adams; Jack Hoogie; Sid Fryer; Hugh Fryer; James Grant; Clinton Minchew; Scott Holmes; Tracy Betser; Andy Bonner; James Davis; Clark Fryer; Clint Fryer; Lisa Webb; John Fryer; Linda Grant; Stanley Gregory; Carlene Griffith; Michael Grissett; JR Mclelland; Jerry McLeod; Wendon Morrison; Roy Newman; Zack Newman; Tommy Robinson; Bill Shamburger; Danny Turner; Ladonna Turner; and Trent Turner, Defendants. In the District Court of Bell County, Texas 146th Judicial District. Case No. 307,283-B

Deposition in the Matter of Claudale M. Arterburn, as Guardian and Conservator of Brian D. Arterburn, an adult with an impairment, for the benefit of Brian D. Arterburn and his employer self-insurred Workers' Compensation Carrier, City of Wichita, Kansas, as their interests appear, Plaintiff, v. Eddy's Chevrolet Cadillac, LLC, et al., Defendants. In the District Court of Sedgwick County, Kansas. Case No. 2018-CV-000683-TC  Div. 22

Deposition in the Matter of Yosef Bornstein, Plaintiff vs. Young Men's Christian Association of Chicago a/k/a YMCA of Metropolitan Chicago, Defendant. In the Circuit Court of Cook County, Illinois County Department Law Division.  Case No. 17 L 005854

Deposition in the Matter of Andrea Waller, Plaintiff vs. Dereck Perceful & Time Striping, INC., Defendants. In the Circuit Court of Crawford County, Arkansas Civil Division I.  Case No. 17CV-17-307(I)

Deposition in the Matter of Rachel Sparks and Bob Sparks, Plaintiffs, v. Freeman Health Systems, Breast Life Center and John Williams, M.D., Defendants. In the Circuit Court of Jasper County, Missouri at Joplin

**2019**

Deposition in the matter of Rebecca Smyers vs. First National Bank of Fort Smith.  In the Circuit Court of Crawford County, Arkansas Civil Division Case No. 17CV-18-265

Deposition in the matter of Chris Hoffman and Mary Hoffman, Plaintiffs, v. Coxhealth and Salim Rahman, M.D., Defendants.  In the Circuit Court of Greene County, Missouri Case No: 1831-CC00535

Deposition in the matter of Paul J. Strnad, Individually and as Special Administrator of the Estate of Melinda Lea Degregory, Deceased, Vs. St. Vincent Infirmary Medical Center; Little Rock Anesthesia Services, PLLC; Southern Regional Anesthesiology Consultants, PLLC; William Michael Redding, M.D.; Lori L. Piper, CRNA; and John Does 1-5.  In the Circuit Court of Pulaski County, Arkansas, Civil Division.  No. 60CV-18-333

Deposition in the matter of Zyla Brown Vs. Washington Regional Medical Center, Washington Regional Medical Systems, Continental Casualty Company, Trey Becton, M.D., Michael Bolding, D.O., and John Does 1-5.  In the Circuit Court of Washington County, Arkansas Civil Division.  No. 72CV-17-2576-1

Deposition in the matter of Crystal Vanaman Vs. Baptist Health d/b/a Baptist Health Medical Center North Little Rock; Diamond Risk Insurance, LLC; Continental Casualty Company; Janet L. Wilkerson, RN, Individually and as Agent and Employee of Baptist Health; and Jane and Jane Does Nos. 1-3, Individually and as Agents and Employees of Baptist Health; and John Doe Insurance Companies Nos. 4-6.  In the Circuit Court of Pulaski County, Arkansas Civil Division.  No. 60cv-16-6065

Deposition in the matter of Paul J. Strnad, Individually and as Special Administrator of the Estate of Melinda Lea DeGregory, Deceased.  Vs. St. Vincent Infirmary Medical Center; Little Rock, Anesthesia Services, PLLC; Southern Regional Anesthesiology Consultants, PLLC; William Michael Redding, MD, Lori Piper, CRNA and John Does 1-5.  In the Circuit Court of Pulaski County, Arkansas Civil Division.  No. 60cv-18-222.

Deposition in the matter of Nancy Davis vs. Wal-Mart Stores Texas, LLC, Huffy Corporation, Mike A Bravi and Bobby Joe Pruitt, and John/Jane Doe, Individually.  In the District Court 216th Judicial District Kendall County, Texas.  Cause No. 14-396.

Testimony in the matter Dennis and Diane Neely v. the Empire District Electric Company.  In the Circuit Court of Newton County, Missouri.  Case No. 17NW-CV01470.

Testimony in the matter of Edward D. Harrod and Lacy Harrod vs. Remington Arms Company, LLC and Shannon Wilkinson d/b/a The Swap Shop.  In the Circuit Court of Ashley County, CV 2016-176-3.

Deposition in the matter of Jason Sauer v. Karl D. Jones.  In the District Court of Craig County, Oklahoma.  Case No. CJ-2017-70.

Testimony in the matter of Leonard Rogers v. Southern Design and Mechanical, Inc., et al.; In the Circuit Court of Union County, Arkansas.  Case No. CV-15-225-6.

Deposition in the matter Randall Jumper vs. Staci C. Birt et al.  In the Pulaski County Circuit Court. Case No. CV-2015-52-9.

Deposition in the matter of Craig Shipp vs. Kimberly Hoffman, Steve Arnold, Lenora turner, Dr. Mimo Lemdja, Dr. Lorene Lomax, Melissa Stoner, Kendall Smith, Diane Cunningham, Correct Care Solutions, LLC & all unknown John and Jane Doe Employees of Southwest Arkansas Community Correction Center in Texarkana. In the United States District Court Western District of Arkansas Texarkana Division. Case No 4:18-CV-04017-SOH.

Deposition in the matter of Narayanan Magudapathy and Sudha Sholinghur vs. St. Francis Hospital Bartlett, Inc., William May, MD and Tennessee Emergency Physicians, PLLC. In the Circuit Court of Tennessee for the 13th Judicial District at Memphis. No CT-004309-17.

Deposition in the matter of Timothy Hopper vs. Ray Dawson, Jr. In Phillips County Circuit Court No 54CV-2014-117-2.

Deposition in the matter of Shara Faith vs Paul Gammel. In the District Court of Sequoyah County Oklahoma. Case No. CJ-2017-128.

Testimony in the matter of Diane Saunders vs. Steven Saunders. In the Circuit Court of Benton County, Case No. 04DR-18-1182.

Deposition in the matter of Mildred Vick vs. Lawrence C. Bandy, MD; Arkansas Gyn Oncology, PA. In the Circuit Court of Pulaski County, Arkansas sixth division. Case No. 60CV-18-2366

Deposition in the matter of James Fletcher vs. Century Arms, Inc., Century International Arms, Inc., Century International Arms of Vermont, Inc., Century International Arms Corporation, Century World Enterprises, Inc., Century World Investment Corp. In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida. Case No. 502018CA009715XXXXMB

Deposition in the matter Crystal Vanaman vs. Baptist Health d/b/a Baptist Health Medical Center North Little Rock; Diamond Risk Insurance LLC, Continental Casualty Company; Janet Wilkerson, RN individually and as an agent and employee of Baptist Health. In the Circuit Court of Pulaski County, Arkansas Civil Division. Case No. 60CV-16-6065.

Testimony in the matter of Randy Lee Bateman and L'Cena Bateman vs. Craig C. Callewart, MA, PA; Craig Callewart, MD. In the 191st Judicial District. Cause No. DC-16-14217.

Testimony in the matter of Courtnee Schaeffer vs. Jeremy D. Knack; USA Truck, Inc and John Does I-X. In the Circuit Court of Crawford County, Arkansas Civil Division. Case No 18 CV-2017-505.

Testimony in the matter of Franklyn A. Jenkins vs. Immedia, Inc. In the United States District Court for the District of Colorado. Civil Action No: 1:13-cv-00327-CMA-KLM.

Deposition in the matter of Billie Hitt vs. Myrmac Corporation AKA McDonald's. In the District Court 355th Judicial District Hood County, Texas. Cause No. C2018032.

Deposition in the matter of Kyle Boston and Felicity Boston vs. Mercy Clinic Springfield Communities, Jordan Page, DO, 360 Degree Medicine, LLC, Richard Loveland, MD and Mary Beth Kurz, MD. In the Circuit Court of Greene County, Missouri at Springfield. Case No 1831-CC00353.

Deposition in the matter of Michael Greer vs. Donny McWilliams and Arnold Transportation Services, Inc. I the United States District Court for the Wester District of Missouri Southern Division.  Cause No. 6:18-CV-2133-MDH.

Deposition in the matter of Adrian Arrington et al vs. National Collegiate Athletic Association.  In the United States District Court for the Northern District of Illinois Eastern Division.  Civil Action No 11-cv-6356.

Deposition in the matter of Leonard Rogers v. Southern Design and Mechanical, Inc., et al.;
In the Circuit Court of Union County, Arkansas.  Case No. CV-15-225-6.

Testimony in the matter of Laura Penn vs Scott Bennington, DC and Maximum Performance Chiropractic.  In the Circuit Court of Benton County, Arkansas Fourth Division, Case No. 04CV-17-1695.

Deposition in the matter of John J. Kleinhans and Mary Catherine Kleinhans vs. Jushi USA, a California corporation and Does 1 through 100.  Superior Court of the State of California for the County of Los Angeles.  Case No BC70098

Deposition in the matter of Courtnee Schaeffer vs. Jeremy D. Knack; USA Truck, Inc and John Does I-X.  In the Circuit Court of Crawford County, Arkansas Civil Division.  Case No 18 CV-2017-505.

Deposition in the matter of Stephen C. Larru and Amanda L. Larru vs. Wal-Mart Stores, Inc.  In the District Court 67th judicial district Tarrant County, Texas.  Cause No. 067-291911-17,

Deposition in the matter of Phillip Peter Bono, IV individually and as custodial parent and next of friend of his minor child Alyssa Elain Bono vs. Oklahoma Gas and Electric Company AKA "OG&E Electric Services"; Chip Preston Chronister, individually and John Does I-IX.  In the Circuit Court of Franklin County, Arkansas, Ozark District Civil Division.  No 23O-CV-2018-79-1.

Deposition in the matter of Harry Johnson and Lynn Johnson vs. Baylor Scott and White Health System, Baylor Regional Medical Center at Grapevine, Texas Heart Hospital of the southwest LLP d/b/a The Heart Hospital Baylor Plano, Richard Feingold, DO and Blake Smith, MD.  In the District Court of Dallas County, Texas.  Cause No DC-16-01488.

Deposition in the matter Bessie McClinton vs. Brookshire Grocery Company.  In the Circuit Court of Jefferson County, Arkansas 11th Judicial District- West Second Division.  No. 35CV-17-634.

Deposition in the matter Forrest Montgomery vs. Lincare Inc. and Branden Broadway.  In the Circuit Court of Saline County, Arkansas.  No 63CV-17-254.

Deposition in the matter of Sherri Harris v. Doris Brocato aka Doris Galvez.  In the Circuit Court of Pulaski County, Arkansas.  Case No 60CV-18-2395.

## 2018

Deposition in the matter of Laura Penn vs Scott Bennington, DC and Maximum Performance Chiropractic.  In the Circuit Court of Benton County, Arkansas Fourth Division, Case No. 04CV-17-1695.

Testimony in the matter in the matter of Aisha Siddiqui vs. ERMC II, LP, CBL & Associates Management, Inc., Park Plaza Mall, CMBS, LLC and Kone, Inc. In the Circuit Court of Pulaski County, Arkansas Second Division.

Deposition in the matter of Cheryl Miller vs. Tracy Hart. In the Circuit Court of Pope County, Arkansas Civil Division. Case No 58CV-17-503.

Deposition in the matter of Robert Earl Brooks vs Mixer Systems Inc., Engineering Compliance and Construction, Inc. d/b/a ECCI and Process Engineering Associates, LLC. In the Circuit Court of Pulaski County, Arkansas Civil Division 12th division. Case No 60CV-15-5634.

Deposition in the matter of Stacey Hudson and Travis Hudson vs. Allstate Insurance Company. In the Circuit Court of Pulaski County, Arkansas Civil Division. Case No 60CV-17-4496-12.

Deposition in the matter of Deborah Roberts vs. Michael Roberts. In the Circuit Court of Pulaski County Sixteenth Division-Domestic Relations. Case No. 60DR-17-4465.

Deposition in the matter of Franklyn A. Jenkins vs. Immedia, Inc. In the United States District Court for the District of Colorado. Civil action No. 1:13-CV-00327-CMA-KLM.

Deposition in the matter of McMath Woods, P.A. and Randolph Baltz vs. Life Insurance Company of North America. In the Circuit Court of Pulaski County, Arkansas Civil Division. Case No. 60CV-16-79.

Deposition in the matter Daryl Haynes v. Bobby G. Price, Jr., Jaefis N. Totten, Evans Delivery Company, Inc. In the Circuit Court of Ashley County, Arkansas. Case No. 20CV-17-911-1.

Deposition in the matter of Kevin Gray, individually and for and on behalf of the heirs and wrongful death beneficiaries of Julia Gray, deceased. Vs. Carol Lynn, MD and Carol Lynn, MD Gynecology, PLLC. In the Circuit Court of Shelby County, Tennessee for the 13th Judicial District at Memphis. No. CT-004045-17.

Deposition in the matter of Anthony Miller vs. Exel Inc db/ DHL supply Chair (USA), Kimberly Clark Corporation, Kimberly Clark Worldwide, Inc., Deutsche Post DHL Group; Evergreen Logistics Business; DPWN Holdings (USA); Deutsch Post Beteilingungen Holding GmbH; Duetsche Post AG; John Doe I, John Doe II, John Doe III, John Doe IV; and John Doe V. In the United States District Court Eastern District of Arkansas Western Division. No. 4:17-CV-101-BSM.

Deposition in the matter of Charlie Youngblood vs. Barnhart Crane and Rigging, James Quinn and John Doe 1-5. In the Circuit Court of Mississippi County, Arkansas Civil Division No CV 2011-131.

Testimony in the matter of Stephen Brown vs. Whitney Turk Hartman and Packs Discount Lumber, Inc. In the Circuit Court of Pulaski County, Arkansas.

Deposition in the matter of Robert Dale Ellingsworth vs. Vermeer Manufacturing Company, et al. In the United States District Court Western District of Missouri Southwestern Division. Case No 16-5042.

5

Deposition in the matter of Aisha Siddiqui vs. ERMC II, LP, CBL & Associates Management, Inc., Park Plaza Mall, CMBS, LLC and Kone, Inc.  In the Circuit Court of Pulaski County, Arkansas Second Division.

Deposition in the matter of Stephen Brown vs. Whitney Turk Hartman and Packs Discount Lumber, Inc. In the Circuit Court of Pulaski County, Arkansas.

Deposition in the matter of Robert and Cheryl Perryman vs. Joe Tullis, MD, Melissa Quevilllon, MD and Melissa Dirst-Roberts, MD.  In the Circuit Court of Baxter County, Arkansas No. CV-2016-47-3.

Testimony in the matter of Debra Oldner vs. James Pollard, MD.  In the Circuit Court of Jefferson County, Arkansas Case No. 35 CV- 2015-158.

Deposition in the matter of David and Emily Reed vs. Dr. Carl L. Johnson, Baptist Health d/b/a Baptist Health Medical Center- Little Rock; Diamond Risk Insurance LLC.  In the Circuit Court of Pulaski County, Arkansas 6th division.  No. 60CV-16-3451

Deposition in the matter of Randy Lee Bateman and L'Cena Bateman vs. Methodist Hospitals of Dallas d/b/a Methodist Health system; Methodist Health system d/b/a Methodist Hospital for surgery; Methodist Hospital for surgery through its common name; MetDalSpi, LLC d/b/a Methodist Hospital for Surgery; Texas Back Institute, PLLC, Craig C. Callewart, MA, PA; Craig Callewart, MD and Joseph Nagy, PA-C.  In the 191st Judicial District. Cause No. DC-16-14217.

Deposition in the matter of Debra Oldner vs. James Pollard, MD.  In the Circuit Court of Jefferson County, Arkansas Case No. 35 CV- 2015-158.

Testimony in the matter Darrell Mitts vs. OK Foods.  AWCC No. G602624.

Deposition in the matter of Edward D. Harrod and Lacy Harrod vs. Remington Arms Company, LLC and Shannon Wilkinson d/b/a The Swap Shop.  In the Circuit Court of Ashley County, CV 2016-176-3.

Deposition in the matter of Shambria Mitchell, individually and as parent and next friend of Rilee Murphy vs. John Gregory Booker, MD and South Arkansas Women's Clinic.  In the Circuit Court of Union County, CV 2014-0053-6.

Deposition in the matter of Miryam Metcalf vs. Hot Springs Mall Associates, LLC, Hot Springs Management, Inc., Spinoso Real Estate Group DLS, LLC, Spinosos Management Group, LLC, 4501 Central Avenue Holdings, LLCP and Larry Lavell Jones.  In the circuit Court of Garland County, Arkansas.  No. CV 2015-669.

Deposition in the matter of Charles Lester Slade vs. Satin Gobain Ceramics and Plastics Inc, CCC Group Inc, Mid-South Engineering Company, Essenx Rental Corp., Essex Crane Rental Corp, Jeff Rayl, RBD Construction, Inc., JDS Construction, LLCp, and John Does 4-5.  In the Circuit Court of Saline County, State of Arkansas.  Cause No. 63CV- 2016-291-3.

Deposition in the matter of Kleshelle O'Neal v. Baptist Memorial Hospital-Jonesboro, Inc., et al. Craighead County Circuit No. 16CV-13-432

Testimony in the matter of Kara Hansen and Lester Hansen vs. Corbin Hamilton. In the District Court of Cherokee County, Kansas at Columbus. Case No. 14CV78.

Testimony in the matter of John Cantu v. Jon A Krumerman, MD and Dallas Neurosurgical & Spine Associates. In the District Court of Dallas County, Texas 193rd Judicial District. Cause No. DC-17-00714.

Deposition in the matter of Dennis Wilson v. Nicholas M. Brown and Wichita Surgical Specialists, PA. In the 18th Judicial District Court, Sedgwick County, Kansas Civil Department. Case No. 16 CV 2633-TM.

Deposition in the matter of John Cantu v. Jon A Krumerman, MD and Dallas Neurosurgical & Spine Associates. In the District Court of Dallas County, Texas 193rd Judicial District. Cause No. DC-17-00714.

Deposition in the matter of Robin Ashley Hughes v. Fedex Ground Package system, Inc.; Bush Truck Leasing, Inc., Jhall Transportation, Inc., James O. Hall and Patrick Lee Barnett. In the Circuit Court of Pulaski County, Arkansas, Twelfth Division. Case No. 60CV-16-2343.

## 2017

Deposition in the matter of Mandy Caruthers and Jeremy Caruthers vs. Hugh Lacey, MD, Daniel Barnes, MD, Derek Urban, MD, Emergence Teleradiology, LCC, Thomas Brad Coy, DL & Freeman Health Systems. In the Circuit Court of Jasper County, Joplin, Missouri. Case No 16AO-CC00180.

Deposition in the matter of Kelly Fisher vs. Southern Farm Bureau Casualty Insurance. In the circuit Court of Ashley County, Arkansas. No. CV 2016 132 3.

Deposition in the matter of Steven and Carol Merritt vs. United States of America. Case No. 3:16 cv 03132.

Testimony in the matter of Travis Johnston vs. Virgin Jones and First Group America. In the Pulaski County Circuit Court. No 60CV-16-1004.

Testimony in the matter of First National Bank of Crossett as Guardian of the estate of William Spradlin and Christie Kelly, individually vs. Habilitation Center, Inc., Millcreek of Arkansas, Darrell McWilliams, Eric J. Strong, Continental Casualty Company, Michael Payne, Virtual Radiologic corporation and John Doe. In the Circuit Court of Ashley County, Arkansas Civil Division. Case No. CV14-188-1.

Deposition in the matter of Joanna Brashears et. al vs. James Kevin Redmann. In the Circuit Court of Cleburne County. No. CV 16-177-4.

Deposition in the matter of Jose Ernesto Cervantes vs. Peco Foods, Inc. and John Downs. In the Circuit Court of Independence County, Arkansas Civil Division. Case No 32CV 2015-250-4.

Deposition in the matter of Kevin Fletcher and Brandi Fletcher, individually and as natural father and mother and next friends of Levi Fletcher, a minor vs. The Cincinnati Insurance Company. In the Circuit Court of Pulaski County, Arkansas Sixth Division. No 60CV-16-1930

7

Testimony in the matter of Laeyton Holloway, Ehetenesh Ashine and Jeron Holloway vs. Carole Jackson, M.D. and Conway Ob-gyn clinic. In the Circuit Court of Faulkner County, Arkansas, 5th Division, Case No. 23-CV-13-973.

Deposition in the matter of William Scott Graves vs. Coca-Cola Refreshments USA, Inc. and Ronnie Wade, Agent and employee of Coca-Cola Refreshments USA, John Does 1-4. In the Circuit Court of Pulaski County, Arkansas 12th Division. No. 60CV-15-5997.

Deposition in the matter of Matthew Bates vs. SWN Production (Arkansas), LLC. In the United States District Court Eastern District of Arkansas Western Division. Case No: 4:15-CV-598-KGB.

Deposition in the matter of Tara Edwards, as next friend for Rex Hicks, a minor child vs. Gateway Emergency Physicians, LLP, Chad Boulware, D.O. and Kathryn Cornelius, M.D. In the Circuit Court of McDonald County, State of Missouri. Cause No. 14NW-CV02169-01.

Deposition in the matter of Vicky Turner vs. Donald Pease. In the Circuit Court of Madison County, Arkansas Civil Division V. Case No. 44CV-16-82-5.

Deposition (2) in the matter of Laeyton Holloway, Ehetenesh Ashine and Jeron Holloway vs. Conway Regional Health system, Continental Casualty Company, Conway Regional Health system, Carole Jackson, M.D. and Conway ob-gyn clinic. In the Circuit Court of Faulkner County, Arkansas, 5th Division, Case No. 23-CV-13-973.

Deposition in the matter of Nathan Hoggard and Jerry Williams vs. Arabi Cattle Company, LLC et.al. United States District Court, Eastern District of Arkansas, Jonesboro Division No 3:15-cv-00323 JM and 3:16 cv 0075 JM.

Deposition in the matter of Karen Elder vs. Dollar General Corporation, Dolgencorp, LLC D/B/A Dollar General, Miners Village C-Stop, Caddo Trading Co., Inc., Rodney Fagan and Judy Fagan. In the Circuit Court of Montgomery Counter, Arkansas Civil Division. No. CV-2013-30.

Testimony in the matter of Alexandria Sims vs. State farm Automobile Insurance Company. In the United States District Court Eastern District of Arkansas Western Division, No. 4:13CV00371JLH.

**2016**
Testimony in the matter of Althea Conley vs. Samuel Conley. In the Circuit Court of Union County, Arkansas Domestic Relations Division. No 70DR-15-503-2.

Deposition in the matter of Tannyia Crase vs. Wal-Mart Stores, Inc. In the District Court of Pittsburg County Oklahoma. Case No CJ-2015-141.

Deposition in the matter Clifton Morgan and Phyllis Morgan vs. City Water and Light Plant of the City of Jonesboro, Arkansas; Liberty Mutual Fire Insurance, Arkansas Glass Container Corporation, and John Does 1-3. In the Circuit Court of Craighead County, Arkansas Case No. CV 2014-521 (DL).

Deposition in the matter of Augustin Beaudrie, a minor by and through his natural parents and legal guardians, Sara Beaudrie and Alan Beaudrie vs. Northwest Hospital, LLC, a Delaware LLC doing business in Arizona as Northwest Medical Center; Catherine Westerband, MD, an Arizona resident;

Catherine Westerband, MD, PC, an Arizona professional corporation; Shelley B. McGrew, RN an Arizona resident; Community Health Systems Professional Services Corporation, a Delaware corporation doing business in Arizona, Community Health Systems, a Delaware corporation doing business in Arizona.

Deposition in the matter of Frederick K. Holst v. Sendil Kumar Hari Prasad, M.D.  In the Circuit Court of Faulkner County, Arkansas Second Division. No. 23CV-14-254.

Deposition in the matter of Michael Kattula vs. Jaeger Sports Academy, Inc., SML Industries, Ind. d/b/a Primeline Industries; and PAKJ, LLC d/b/a Primeline Industries USDC.  Eastern District of Arkansas, C.A., no.4:15cv96-JM.

Deposition in the matter of Danny Seaton vs. James P. Dunne, Jr. MD and Summer Regenold Collum, MD.  In the Court of Mississippi County, Osceola Division. No CV-2014-86 (BH).

Deposition in the matter of Sheena Dorman et al vs Anne Arundel Medical Center et al.  In the United States Court of the District of Maryland Northern Division.  Civil Action
Civil Action No MJG-15-1102.

Deposition in the matter of William Girlinghouse and Toni Girlinghouse v. Capella Healthcare, Inc., NPMC Holdings, LLC, Hot springs National Park Hospital Holdings, LLC d/b/a/ National Park Medical Center.  U.S. District Court, Western District of Arkansas No. 6:15-DV-06008-RTD.

Deposition in the matter of First National Bank of Crossett as Guardian of the Estate of William Spradlin and Christie Kelley, individually vs. Habilitation Center, Inc. d/b/a Millcreek of Arkansas, Darrell J. McWilliams, Eric J. Strong and John Doe, Habilitation Center, Inc. d/b/a Millcreek of Arkansas vs. Michael Payne and Dallas County Medical Center.  In the Circuit Court of Ashley County, Arkansas Civil Division.  CV 2014-188-4.

Testimony in the matter of Tracy Dail and Michael Dail vs. Dr. Andrew Cole.  In the Circuit Court of Faulkner County, Arkansas.  CV 2010 729.

Deposition in the matter of Alisha Mitchell vs. Chad Brekelbaum.  In the Circuit Court of Benton County, Arkansas.  CV 14 1168 1

Testimony in the matter of Brandy Allen as mother and next friend of Isabella Allen Rodriguez vs. Scott Smith, Lesley Green, Northwest Arkansas Hospitals, LLC d/b/a Northwest Medical Center Bentonville & John Doe Insurance company.  In the Circuit Court of Benton County, CV 13-1798-6.

Deposition in the matter of Tina and Ken Carlton vs. Oman Dement, MD and Freeman Health Systems. In the Circuit Court of Jasper County, Missouri.  Case No. 14AO-CC00255.

Deposition in the matter of Anna Hoaglin as power of attorney for Mikaela Hoaglin vs. Cox Health, Lester Cox Medical Center, Springfield Neurological & Spine Institute, Douglas Ham, DO, Edwin Cunningham, MD and Suzanne Devol, RN.  In the Circuit Court of Greene County, Missouri, Case No 1531-CC00121.

Deposition in the matter of Laeyton Holloway, Ehetenesh Ashine and Jeron Holloway vs. Conway Regional Health system, Continental Casualty Company, Conway Regional Health system, Carole

Jackson, M.D. and Conway ob-gyn clinic.  In the Circuit Court of Faulkner County, Arkansas, 5th Division, Case No. 23-CV-13-973.

Testimony in the matter of Virginia Ray & Jeff Ray vs Allen Weston, M. D., and Freeman Health Systems.  In the Circuit Court of Jasper County, Missouri at Joplin Case No. 14AO-CC00207.

Deposition in the matter of Lee Patrick Ward and Lynn Ann Ward vs. Seth Michael Barnes, MD, White River Diagnostic Clinic, PLC, John Sydney Lambert, MD, White River Surgery Clinic, White River Health System, Inc., a/k/a White River Medical Center, White River Emergency Physician, White River Hospitalist, Morgan Earl Norton, MD, Joseph Allen Cook, MD, Tommy ford, as a personal representative of the estate of Robert Paul Fox, II, MD, deceased, Continental Casualty Company, John Doe 2, John Doe 3, and John Doe 4.  In the Circuit Court of Independence County, Arkansas Civil Division.  Case No. CV-11-202-2.